Martin W. Chow, Esq. (MC2013)
Law Offices of Martin W. Chow LLC
590 Newark Avenue
Jersey City, NJ 07306
NY Tel: (212) 233-3700
NJ Tel: (201) 963-9218
  -   and –
2861 Royle Street
Bellmore, NY 11710

*ECF CASE*

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD. ) <br> ) <br> Plaintiff, ) <br> ) <br> -against- ) <br> ) <br> MP FASHION INC. as Successors-in-Interest to ) <br> CNJ INTERNATIONAL INC., CNJ ) <br> INTERNATIONAL INC., MICHAEL PARK ) <br> a/k/a MANKYU PARK and PSTEX GROUP ) <br> INC.. ) <br> ) <br> Defendants. ) <br> ) | **COMPLAINT** <br><br> Index No.: 08 CV 02748 (DLC) |

The Plaintiff, TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD

("Tianjin") , by its attorneys, The Law Offices of Martin W. Chow, LLC as and for its

Complaint, alleges as follows:

## JURISDICTION

1.      At all relevant times herein, the plaintiff, Tianjin, has been and still is a

limited liability company with a principal place of business in Tianjin, Peoples Republic

of China ("PRC").

2.    At all relevant times herein, the defendant, CNJ INTERNATIONAL INC. (hereinafter "CNJ " also sometimes referred to as the "Predecessor Corporation") is or was a corporation organized under the laws of the State of New Jersey, with a former principal place of business at 1385 Broadway, Suite 601, New York, NY 10018

3.    At all relevant times herein, defendant, MP Fashion Inc. (sometimes referred to as "MPF" or the "Successor Corporation"), has been and still is a corporation organized in 2003 and existing under the laws of the State of New York, with a former principal place of business at: 1385 Broadway, Suite 601, New York, NY 10018 and a current principal place of business at: 1385 Broadway, Suite 1211, New York, NY 10018.

4.    At all relevant times herein, PSTEX GROUP INC. ("PSTEX"), is or was a company doing business in the State of New York, with a warehouse in Los Angeles, California, with a principal place of business at 1410 Broadway, New York, NY

5.    At all relevant times herein, the defendant, MICHAEL PARK a/k/a Mankyu Park (hereinafter "PARK"), is an individual and a resident of the State of New Jersey.

6.    This court has jurisdiction is based on 28 U.S.C. §1332(a)(2) and (c)(1) diversity of citizenship and the amount in controversy exceeds $75,000.00.

7.    Venue is based on 28 U.S.C. §1391(a)(2).

## AS AND FOR A FIRST CAUSE OF ACTION

8.    Beginning in or about September 12, 2002, and various dates thereafter, through January 21, 2004, the plaintiff, Tianjin sold and delivered to the defendant, CNJ, at defendant, CNJ's special instance and request, certain garments, including ladies' sweaters and cardigans for the agreed price and reasonable value totaling $829,059.34, no

2

part of which has been paid, although the said sum has been duly demanded, heretofore, and on an account had and stated, and is more particularly set forth in Exhibit "A" attached hereto.

9.    That annexed hereto, and made a part hereof, marked as Exhibit "A", is a schedule made pursuant to the CPLR §3014, of deliveries of the goods by plaintiff, Tianjin to defendant, CNJ.

10.    That between and about September 12, 2002 and January 21, 2004, as aforesaid, the plaintiff, Tianjin sold and delivered to the defendant, CNJ at defendant, CNJ's special instance and request, approximately 211,230 pieces of ladies sweaters and cardigans, pursuant to defendant, CNJ's purchase orders, sales confirmations, packing lists, invoices and bills of lading, as more particularly set forth in the aforesaid Exhibit "A" attached hereto, for the original agreed price and reasonable value of $829,059.34, the said sum has been duly demanded by the plaintiff, Tianjin, but to date remains unpaid.

11.    That annexed hereto, and made part hereof, and marked as Exhibit "A" is a schedule, pursuant to CPLR §3014, of deliveries of the goods by plaintiff, Tianjin to CNJ, including for each shipment, the following: purchase order number, item number, purchase order date, shipment quantity, description of goods shipped, dollar value of each shipment, invoice number, invoice date, payment due, payment amount and payment date.

12.    All credits, setoffs and payments have been duly credited to the defendant, CNJ by the plaintiff, Tianjin and there is now due and owing from the defendant, CNJ to the plaintiff, Tianjin the sum of $829,059.34, no part of which has been paid, although the same has been duly demanded.

## AS AND FOR A SECOND CAUSE OF ACTION

13.    Plaintiff, repeats and realleges each and every allegation contained in paragraphs 1-13 as if the same were repeated verbatim herein.

14.    During that time, as aforesaid, Plaintiff, Tianjin rendered to the defendant, CNJ statements of account from about September 12, 2002 through January 21, 2004 and various dates thereafter, specifying the payments due and owing, and defendant, CNJ has retained the same without objection.

15.    To date, the defendant, CNJ has failed to pay the plaintiff, Tianjin the agreed upon sum of $829,059.34 plus interest, on an account had and stated, for goods sold and delivered to defendant, CNJ by the plaintiff, Tianjin.

## AS AND FOR A THIRD CAUSE OF ACTION

16.    Plaintiff, repeats and realleges each and every allegation contained in paragraphs 1-15 as if the same were repeated verbatim herein.

17.    Although all of the aforesaid goods were ordered from the plaintiff, Tianjin by the defendant, CNJ, through its principal officer, Michael Park, CNJ requested that some or all of the goods so ordered, be shipped on behalf of the defendant, CNJ, to the defendant, PSTEX which company, on information and belief, was the defendant, CNJ's customer, with a warehouse located in Los Angeles, California.

18.    That annexed hereto, and made part hereof and marked as Exhibit "A" is a schedule pursuant to CPLR §3014 of deliveries of the goods by plaintiff, Tianjin to the defendant, PSTEX, including for each shipment the following: purchase order number, item number, purchase order date, shipment quantity, description of goods shipped, dollar

4

value of each shipment, invoice number, invoice date, payment due, payment amount and payment date and there remains due and owing to the plaintiff, Tianjin from the defendant PSTEX, the sum of $32,032.00.

19.    Although PSTEX, through its principal officer, Chun Pao Leng a/k/a Pilot Leng, actually received the goods at its Los Angeles warehouse, PSTEX ultimately sold all of the goods it received from plaintiff, Tianjin to its customer, Walmart,

20.    On numerous occasions PSTEX through Pilot Leng, agreed and promised to pay plaintiff for the goods PSTEX received in the amount and reasonable value of $32,032.00.  PSTEX reneged on all its promises to pay plaintiff for goods it received through CNJ.

21.    All credits, setoffs and payments have been duly credited to the defendant, PSTEX by the plaintiff, Tianjin and there is now due and owing from the defendant, PSTEX to the plaintiff, Tianjin the sum of $32,032.00, no part of which has been paid although the same has been duly demanded.

## AS AND FOR A FOURTH CAUSE OF ACTION

22.    Plaintiff, repeats and realleges each and every allegation contained in paragraphs 1-21 as if the same were repeated verbatim herein.

23.    On information and belief, the defendant, Michael Park was and/or still is the sole and controlling stockholder of the defendant, CNJ.

24.    Because the defendant, CNJ could or would not pay its debts as they became due and because CNJ was essentially insolvent, the defendant, Park caused to be established a new corporation, named, "MP Fashion Inc.", in December 5, 2003, with the same or substantially the same stockholders, officers and directors, and employees as

CNJ, using the same business address, telephone and facsimile transmission number, and conducting the same type of business as CNJ, to wit: importing garments, including ladies' sweaters and cardigans (attached hereto as Exhibit "B" is a copy of the New York State Department of Corporations record of incorporation, indicating that the MP Fashion Inc. was established on December 5, 2003 and its business address is: 1385 Broadway, Suite 601, New York, NY, the same address as CNJ).

25.    The sole and/or principal purpose of Park causing  MPF to be established was for CNJ to avoid paying the plaintiff, Tianjin's claim for $829,059.34 and to continue operating in the same line of business as CNJ, at the same location, with the same or substantially the same officers, shareholders, directors and employees, using the same telephone and facsimile number.

26.    The establishment of MPF and continuation of business in the same line of business as CNJ, was in effect a sale and/or merger of the CNJ and MPF. Consequently, MPF should be deemed the successor-in-interest to CNJ, such that all of the debts of the defendant, CNJ, including the $829,059.34 owed to plaintiff, Tianjin, should be deemed to have been assumed by the defendant, MPF.

27.    It follows, therefore, that there is now due and owing from the defendant, MPF to the plaintiff, Tianjin the sum of $829,059.34 as successor to defendant, CNJ, plus interest and costs of suit.

## AS AND FOR A FIFTH CAUSE OF ACTION

28.    Plaintiff, repeats and realleges each and every allegation contained in paragraphs 1-27 as if the same were repeated verbatim herein.

29.    On information and belief, at the time Park caused to be formed a new

corporation called "MP Fashion Inc."[1], on December 5, 2003, the defendant, CNJ was insolvent and was not paying its bills generally as they became due and in particular failed to pay plaintiff, Tianjin the sum of $829,059.34.

30.  Consequently, Michael Park, as the sole, principal shareholder and owner of CNJ, owed a fiduciary duty to CNJ's creditors, not to sell, transfer and/or dissipate the assets of CNJ to the detriment of CNJ's creditors.

31.  In breach of that fiduciary duty, Michael Park sold the goods and product it received and/or ordered from the plaintiff, Tianjin, totaling $829,059.34 and/or failed to account for the proceeds of such sales, dissipated the assets of CNJ, and caused to be formed a new corporation to wit: the defendant, MP Fashion Inc., and started doing business under the guise of a new corporation, except without the $829,059.34 debt of CNJ owed to Tianjin.

32.  As a direct and proximate cause of such breach of fiduciary duty, the plaintiff, Tianjin was not paid $829,059.34 that was due and owing to plaintiff, Tianjin for goods sold and delivered to defendant, CNJ as aforesaid.

33.  By reason of such breach of fiduciary duty, the defendant, Michael Park owes the plaintiff, Tianjin the sum of $829,059.34.

## AS AND FOR A SIXTH CAUSE OF ACTION

34.  Plaintiff, repeats and realleges each and every allegation contained in paragraphs 1-33 as if the same were repeated verbatim herein.

35.  Upon delivery of its invoices and/or goods to the defendant, CNJ

---

[1] "MP" used in MP Fashion Inc. are the initials of "Michael Park".

and/or PSTEX, plaintiff, Tianjin became a beneficiary of a floating, non-segregated creditors' trust on all of CNJ's assets, inventory, receivables or proceeds from the sale of assets, inventory, receivables, goods or products, derived therefrom.

36.    The creditors' trust required that the defendant, CNJ hold and preserve all goods, inventories, proceeds and receivables in trust for the benefit of its creditors, including plaintiff, Tianjin until full payment of the $829,059.34 was made to plaintiff, Tianjin.

37.    The plaintiff, Tianjin is informed and believes that the defendant, CNJ failed to maintain the creditors' trust assets and keep them available to satisfy the defendant, CNJ's obligations to its creditors, including plaintiff, Tianjin, in that CNJ is now insolvent, is on the verge of insolvency, or has closed its doors and has breached its fiduciary obligations to maintain the creditors' trust assets.

38.    The plaintiff, Tianjin is informed and believes and alleges that, the defendant, CNJ transferred, converted and/or diverted the trust assets and is continuing to transfer, convert or divert trust assets – including receivables, proceeds derived from the sale of goods purchased from Plaintiff, Tianjin – to and for the defendant's own use and/or to known and unknown third parties, including defendant, PSTEX and MP Fashion Inc., formed by Michael Park shortly after Tianjin sold and delivered its goods to defendant, CNJ and/or defendant, PSTEX, in violation of CNJ's duties to preserve the creditors' trust assets for the benefit of the plaintiff, Tianjin.

39.    The implied trust created by the actions, omissions and conduct of Michael Park, the principal of the defendant, CNJ, gives priority to the plaintiff's interest in all inventories of products derived from the goods sold and delivered by plaintiff,

Tianjin to defendant, CNJ and in any receivables or proceeds from the sale of such goods or products that have been transferred to secured or unsecured creditors.

40.     As a direct and proximate cause and result of the wrongful acts and/or omissions of the defendants, CNJ and Michael Park, the plaintiff has suffered losses in the amount of $829,059.34 plus interest and costs and there is now due and owing from the defendants, Michael Park and CNJ the sum of $829,059.34 for failure to preserve trust assets for the benefit of their creditors.

## AS AND FOR A SEVENTH CAUSE OF ACTION

41.     Plaintiff, repeats and realleges each and every allegation contained in paragraphs 1-40 as if the same were repeated verbatim herein

42.     The formation of a new corporation – MP Fashion Inc. by the defendant, Michael Park, in which the defendant, Michael Park, was or is the sole shareholder and officer, was made at a time when the defendant, CNJ was indebted to plaintiff, Tianjin for $829,059.34, and at a time when the defendant, CNJ was insolvent, and unable to pay its bills, generally, on a timely basis to its creditors, and in particular unable to pay, plaintiff, Tianjin, CNJ's creditor the sum of $829,059.34.

43.     The formation of a new corporation, MPF, by Michael Park on December 5, 2003, in the same line of business, at the same location as CNJ, at a time when the defendant, CNJ owed plaintiff $829,059.34, was tantamount to a fraudulent conveyance of money or other assets from the defendant, CNJ, to the defendant, MPF. The fraudulent conveyance was made at a time when the defendant, CNJ was insolvent.

44.     Such transfer or conveyance was made without fair consideration.

Such transfer or conveyance was made at a time when CNJ knew it owed plaintiff, Tianjin $829,059.34.

45.    Such transfer or conveyance was made at a time when CNJ was not generally able to pay its bills to its creditors on a timely basis, and in particular, was unable to pay the plaintiff, Tianjin, CNJ's principal creditor the sum of $829,059.34.

46.    Such transfer or conveyance of property or money by CNJ to the defendant, MPF, was made when CNJ was insolvent or was rendered insolvent as a result of such fraudulent transfer and as such, constituted a fraudulent transfer under the Debtor and Creditor Law of the State of New York §§270-281.

47.    Such transfer or payment was made for the specific purpose of hindering, delaying and defrauding the creditors of the CNJ, including, but not limited to the plaintiff, Tianjin of its money due and owing in the amount of $929,059.34.

48.    Based on the foregoing, the plaintiff, Tianjin is entitled to recover reasonable attorneys fees pursuant to New York Debtor Creditor Law §276(a) as a result of such fraudulent conveyance by defendant, CNJ.

## AS AND FOR A EIGHTH CAUSE OF ACTION

49.    Plaintiff, repeats and realleges each and every allegation contained in paragraphs 1-48 as if the same were repeated verbatim herein.

50.    Such transfer or conveyance was in effect and illegal and/or improper distribution or dividend made to the principal shareholder and officer of CNJ, namely, Michael Park, at a time when the CNJ was insolvent or rendered insolvent by such transfer and in violation of New York BCL §§510, 719, 720.

51. On information and belief, the defendant, Michael Park was the sole 100% shareholder of CNJ and is the sole member of the defendant, MP Fashion Inc. and had complete control of CNJ.

52. As such the defendant, Michael Park dominated and controlled both CNJ and MPF for his own individual benefit and to the detriment of the creditors of the defendant, CNJ.

53. On information and belief, the defendant, CNJ and defendant, MP Fashion Inc. as successor-in-interest to the defendant, CNJ maintained the same customer list and that CNJ's customer list and other corporate assets were transferred by CNJ to the defendant, MP Fashion Inc. as successor-in-interest to CNJ.

54. The defendant, CNJ and the defendant, MP Fashion Inc. are owned and operated solely by the same individual, the defendant, Michael Park.

55. At or about the time the defendant, Michael Park formed the entity, MP Fashion Inc. on December 5, 2003, in state of New York, the defendant, CNJ owed the plaintiff, Tianjin the sum of $829,059.34.

56. On information and belief, the sole and/or principal purpose of the defendant, Michael Park's establishment of a new entity, the defendant, MP Fashion Inc. was to hinder, delay and defraud the defendant, CNJ's creditors and in particular, the plaintiff, Tianjin in collecting plaintiff, Tianjin's validly due and owing claim against the CNJ, in the principal sum of $829,059.34.

57. The defendant, MP Fashion Inc. is the successor-in-interest of the defendant, CNJ and as such the defendants, MP Fashion Inc.'s and CNJ's corporate veils

11

should be pierced such that the defendants, MP Fashion Inc. and Michael Park, owe the plaintiff, Tianjin, the sum of $829,059.34.

58.    CNJ and MP Fashion Inc.'s corporate veils should be pierced such that all of the obligations owed by CNJ should be deemed the obligations of the defendant, MP Fashion Inc., as the successor in interest to CNJ, and as a continuation or the surviving corporation of a merger with CNJ and MP Fashion Inc. As a result, MP Fashion Inc. and Michael Park should be obligated to pay for the debts of CNJ, pursuant to DCL §§270-281 and for attorneys fees pursuant to DCL §276(a).

## AS AND FOR A NINTH CAUSE OF ACTION

59.    Plaintiff, Tianjin repeats and realleges each and every allegation contained in paragraphs 1-58 as if the same were repeated verbatim herein.

60.    On information and belief, the defendant, Michael Park was the sole officer and/or shareholder of CNJ and should be deemed the sole director of the CNJ.

61.    Pursuant to New York Business Corporation Law §720, Action against directors and officers for misconduct, the defendant, Michael Park was the sole and/or principal officer of CNJ and should be deemed a director of CNJ who, either aided and abetted in the fraudulent transfer of corporate assets, and/or failed to account for the corporate assets or who knew or should have known of CNJ's improper corporate conduct and did nothing to prevent it and/or used CNJ for an improper purpose, to wit: to defraud creditors, allowing the corporate veil to be pierced.

62.    Based on the foregoing, the plaintiff, Tianjin is entitled to recover from defendants, CNJ, MPF and Michael Park, individually, including reasonable attorneys fees pursuant to New York Debtor Creditor Law §276(a).

TENTH CAUSE OF ACTION;

and for such other and further relief this court deems just and proper.

Dated: ~~January~~ *March 14,* 2008
    New York, NY

Yours, etc.
Law Offices of Martin W. Chow, LLC.

By: _____
Martin W. Chow, Esq.
590 Newark Avenue
Jersey City, NJ 07306
NY Tel: (212) 233-3700
NJ Tel: (201) 963-9218
            -and –
2861 Royle Street
Bellmore, NY 11710

To:

CNJ International Inc.
℅ Michael Park, MP Fashion Inc.
1385 Broadway, Suite 1211
New York, NY 10018

MP Fashion Inc.
1385 Broadway, Suite 1211
New York, NY 10018

Michael Park
1385 Broadway, Suite 1211
New York, NY 10018

PSTEX Group Inc.
1410 Broadway, 34th Floor
New York, NY 10018

15

## TIANJIN RUNXING KNITTING IMP & EXP CO.,LTD. CREDITOR'S RIGHTS LIST

| ORDER | INVOICE NUMBER FOR RECEIPT | SAILING DATE | CONTAINER NO. | THE PORT OF LOADING | THE PORT OF DESTINATION | NAME OF ARTICLE | QUANTITY (PCS) | DECLARING AMOUNT | PAYMENT DATE | ALL PAYMENT(OO YUAN) | TREATMENT DIFFERENCE DOLLARS | TOTAL UNPE,AYMENTIDO LLABS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CNJ0310-1 | 03-10-11 | NYKU615005A/CN43/AO472<br>NYKU615010/CN431515D<br>NYKU615011A/CN4310691<br>NYKU615005A/CN431556 | LOS<br>ANGELES,USA | CHONGQING,CHINA | BLOUSES | 49,998 | 207,491.86 | 03-11-14 | 263,491.86 | 0.00 | 0.00 |
| | CNJ0310-2 | 03-10-18 | CAKU469789Z/CN4518229<br>NYKU360122Z/CN491823D<br>NYKU806-192A/CN411822<br>NYKU669578/6/CN411021 | QINGDAO,CHINA | LOS<br>ANGELES,USA | BLOUSES | 42,554 | 174,822.78 | | | 174,822.78 | 174,822.78 |
| 1 | CNJ0310-3 | 03-10-25 | FRLU401445B/CN431810l<br>FSCU42046S0/CN4518109<br>TRLU43951B/CN431B152<br>TTNU433302/CN4318110<br>GOLU35511531//FI00S32//7 | QINGDAO,CHINA | LOS<br>ANGELES,USA | BLOUSES | 42,900 | 174,947.20 | | 174,947.20 | 369,659.98 |
| | CNJ0310-4 | 03-11-1 | GOLU37A7284//FI005137//<br>GOLU7499366/CI00172Z/7 | QINGDAO,CHINA | LOS<br>ANGELES,USA | BLOUSES | 42,310 | 172,234.26 | | 172,234.26 | 523,904.24 |
| | CNJ0310-5 | 03-11-8 | GOLU7290147/C399029//7<br>GOLU72906S4/C399024//7<br>HDMU421736S3/D0581/0CT- | QINGDAO,CHINA | LOS<br>ANGELES,USA | BLOUSES | 3,300 | 134,810.00 | | 134,810.00 | 656,714.24 |
| 2 | CNR0901 | 03-1-25 | CY20/GP | TIANJIN,CHINA | LOS<br>ANGELES,USA | SWEATERS | 6,264 | 27,918.00 | 03-11-1 | 27,918.00 | 656,714.24 |
| 3 | RW0802 | 03-9-27 | HDMU2P9353540223435 | TIANJIN,CHINA | BUSAN,KOREA | SWEATERS | 10,608 | 22,809.00 | 03-9-7 | 27,021.00 | 689,663.04 |
| | RW0904 | 03-7-1 | HDMU0G4695T/AU31779 | TIANJIN,CHINA | BUSAN,KOREA | SWEATERS | 1,404 | 5,152.00 | | | 3,192.600} | 686,784.04 |
| 4 | CNR0902 | 03-2-1 | HDMU217901//9009J/0/CT-<br>CY20/GP | TIANJIN,CHINA | LOS<br>ANGELES,USA | SWEATERS | 14,318 | 62,205.69 | | 24,692.80 | 672,265.44 |
| | CNJ0908 | 00-3-22 | BY AIR | | LOS ANGELES,CORBA | VEST | 2,068 | 8,146.83 | | 4,073.40 | 647,668.24 |
| | CNJ-02 | 04-9-2 | BY AIR | | LOS<br>ANGELES,USA | SWEATERS | 9,508 | 35,104.00 | | 38,101.00 | 608,961.64 |
| 5 | CNJ-03 | 03-9-12 | BY AIR | | LOS<br>ANGELES,USA | NAIGER BANG | 3,603 | 13,503.00 | | 13,560.00 | 723,041.64 |
| | CNJ-04 | 03-9-22 | BY AIR | | LOS<br>ANGELES,USA | SWEATERS | 3,000 | 12,900.00 | | 12,908.00 | 745,541.64 |
| | PSTKR24001-01 | 03-10-16 | | TAIPEI,CHINA | LOS<br>ANGELES,USA | SWEATERS | 14,180 | 63,605.00 | | | 758,441.64 |
| | PSTKR2004-01-1 | 03-10-21 | TRLU9518D796 | TIANJIN,CHINA | LOS<br>ANGELES,USA | SWEATERS | 14,700 | 68,565.00 | 03-12-4 | 183,930.00 | 758,441.64 |
| 6 | PSTK2R009-01-2 | 03-10-28 | GOLU7289512 | QINGDAO,CHINA | LOS<br>ANGELES,USA | BLOUSES | 9,998 | 44,946.90 | 03-11-14 | 44,946.90 | 758,441.64 |
| | PSTK22008-01-3 | 03-11-3 | BY AIR | HUIMIN,CHINA | LOS<br>ANGELES,USA | BLOUSES | 8,298 | 38,585.70 | | 38,585.70 | 797,027.34 |
| 7 | CNR812 | 04-1-21 | HDMU2075470/A4667/CT-<br>CY20/GP | TIANJIN,CHINA | LOS<br>ANGELES,USA | SWEATERS | 7,289 | 25,489.00 | | 32,082.00 | 879,059.34 |
| | | | BUYER AGREE PAY FOR 33032.00 DOLLARS | | | | | | | | | |

NOTE:BELLS NOT SETTLED EXCHANGED THE VOLUME INTEREST INVITE YOU ACCORDING TO USA LEGAL RULE HELP COMPUTATION ADDITIONAL COMPENSATION.

Exhibit A.I

# CATALOGUE
# FOR   ATTACHMENT   FILE

1. CONTRACT
2. L/C
3. L/C
4. INVOICE CNJ0310-1
5. INVOICE CNJ0310-1
6. INVOICE CNJ0310-1
7. INVOICE CNJ0310-1
8. INVOICE CNJ0310-1
9. PACKING LIST CNJ0310-1
10. PACKING LIST CNJ0310-1
11. PACKING LIST CNJ0310-1
12. PACKING LIST CNJ0310-1
13. PACKING LIST CNJ0310-1
14. B/L   S03100233QD
15. B/L   S03100429QD
16. B/L   S03100396QD
17. B/L   OOLU84816460
18. B/L   OOLU84816630
19. BANK COPY
20—32 E-MAIL AND FAX.

W JIN RUIFENG KNITTING        FAX NO. : 00862227526857        2003 08 26  10:49AM  P. 1

8/26/03
③ of ⑤

## TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD
6 NANNIWAN ROAD,WEST TO HUANGHE S CREET,NANKAI DISTRICT,
TIANJIN CHINA

# Sales Confirmation        / — /

To: CNJ INTERNATIONAL
1385 BROADWAY,SUITE #601,NEW YORK,NY 10018

Date:AUG.25.2003
S/C No.: CNJ0310

The undersigned Sellers and Buyers have agreed to close the following transactions according to the terms and conditions stipulated below.

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| 100033/FGL1492S | | | |
| MES HOODIE W/ CROCHET TRIM ZIP FRONT CARDIGAN | | | |
| | 71298 | FOB CHINA 4.07 | 290182.86 |
| | SHIPMENT DATE:SEP.30,2003 | | |
| | 71298 | FOB CHINA 4.07 | 290182.86 |
| | SHIPMENT DATE: OCT.30,03 | | |
| | 35652 | FOB CHINA 4.07 | 145103.64 |
| | SHIPMENT DATE:NOV.15,2003 | | |
| | 32982 | FOB CHINA 4.07 | 134236.74 |
| | SHIPMENT DATE:NOV.20,2003 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TOTAL:211230PCS        USD859706.10

REMARKS:

1. OTHER DETAILS AS PER ORDER

TOTAL VALUE: SAY U.S DOLLARS ,EIGHT HUNDRED AND FIFTY-NINE THOUSAND
SEVEN HUNDRED AND SIX CENTS ONLY.

PAYMENT:SIGHT L/C
PORT OF LOADING:CHINA PORT
DESTINATION:LA USA

THE BUYER SIGNATURE:

CNJ INTERNATIONAL
Buying - Production - Im
1385 Broadway
Suite 601
NY 10018
Tel 212-391-4779
Fax 212-391-441

8/26/2003

THE SELLER SIGNATURE:



2003/08/26

Additional Cond
+ALL BANKING CHARGES OTHER THAN THOSE OF THE ISSUING BANK ARE
FOR SECOND BENEFICIARYS ACCOUNT AND ARE TO BE COLLECTED UP
FRONT, ACCORDINGLY ARTICLE 18C OF THE UCP DOES NOT APPLY TO
LETTER OF CREDIT.
+CNJ INTERNATIONAL WILL HAVE TO PAY THE DUTY AND FREIGHT TO
DELIVER THE GOODS TO THE BUYERS WAREHOUSE. APPLICANT STATES
QUOTE SHIPPING FROM ORIENT TO USA UNQUOTE.
+EACH SET OF DISCREPANT DOCUMENTS WILL BE ASSESSED USD75.00
REPRESENTING ISSUING BANK'S FEES FOR HANDLING DISCREPANCIES.
THESE FEES ARE FOR THE SECOND BENEFICIARYS ACCOUNT AND WILL
AUTOMATICALLY DEDUCTED FROM THE PROCEEDS OF THE PAYMENT WHEN
EFFECTED.
+PLEASE QUOTE L/C NO. AND OUR REFERENCE NO. ON ALL
CORRESPONDENCE.
+TRUCK BILL OF LADING MUST NOT SHOW ANY US DOLLAR AMOUNT.
+ACCOUNTEE'S NAME ON DRAFT(BILL OF EXCHANGE) SHOULD BE THE
PSTEX GROUP INC. INSTEAD OF CNJ INTERNATIONAL.
+DOCUMENTS MUST BE STRICTLY COMPLY WITH THE TERMS OF THIS
TRANSFERRED L/C AND INDEMNITIES FOR IRREGULARITIES ARE NOT
ACCEPTABLE.

Details of Charges   71 B : +ALL CHARGES IN CONNECTION WITH
THIS TRANSFERRED L/C OTHER THAN
THOSE OF NARA BANK, N.A. ARE FOR
THE ACCOUNT OF THE SECOND
BENEFICIARY.

Presentation Period  48 : WITHIN 15 DAYS AFTER THE DATE OF
SHIPMENT BUT WITHIN THE VALIDITY OF
THE CREDIT.

Confirmation         49 : WITHOUT
Instructions         78 :
+ALL DOCUMENTS MUST BE FORWARDED TO NARA BANK, N.A., MANHATTAN
29 WEST 30TH STREET, NEW YORK, NY 10001, USA
ATTN: INT'L L/C DEPT., IN ONE EXPRESS MAIL.
+ANY AMENDMENT WILL BE FURNISHED AT THE REQUEST OF THE 1ST BEN
+THIS IS SOLELY AN ADVICE OF TRANSFER UNDER THE LETTER OF CRED
THEREFORE, WE CONVEY NO ENGAGEMENT UNDER THIS TRANSFER AND
PAYMENT WILL ONLY BE EFFECTED AFTER RECEIPT OF FUNDS FROM THE
ISSUING AND/OR PAYING BANK.
+WE WILL DEDUCT US$30.00 FOR OUR PAYMENT COMM. FROM EACH DRAFT
+FOR ANY REQUEST TO TRANSFER FUNDS TO A BANK OTHER THAN NARA
BANK, N.A., A FEE OF US$20.00 WILL BE DEDUCTED FROM PROCEEDS.

Send. to Rec. Info.  72 : THIS IS OPERATIVE INSTRUMENT.
THIS CREDIT IS SUBJECT TO UCP(1993
REV) I.C.C PUB 500.
Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <P
MAC:67DC901A
CHK:8AB5FDD1FBFE

Trailer
2<

**BANK OF CHINA**
中国银行

BA10

TIANJIN BRANCH
ADDRESS: 80 JIE FANG BEI ROAD TIANJIN CHINA

CABLE: CHUNGKUOTIANJIN

TELEX: 23233TJBOCCN
SWIFT: BKCH CNBJ 200
FAX:23118010

信用证通知书
NOTIFICATION OF DOCUMENTARY CREDIT

2003/09/10

| TO 致: 0777070 | WHEN CORRESPONDING | AD20003A02647 |
TIANJIN RUIFENG KNITTING IMP. AND EXP. CO.
TEL:27522150 1278894534

PLEASE QUOTE OUR REF NO

| ISSUING BANK 开证行 8002292 | TRANSMITTED TO US THROUGH 转递行 8194131 |
ISRAEL DISCOUNT BANK OF NEW YORK,
511 FIFTH AVEUNE,
NEW YORK, N.Y. 10017,
U.S.A.

NARA BANK, N.A.
REF NO. NYME309228-T

| L/C NO. 信用证号 | DATED 开证日期 | AMOUNT 金额 | EXPIRY PLACE 有效地 |
| 1076696 | 2003/09/02 | USD249,206.10 | FOREIGN |
| EXPIRY DATE 效期 | TENOR 期限 | CHARGE 未付费用 | CHARGE BY 费用承担人 |
| 2003/11/10 | DAYS | RMB200.00 | BENE |
| RECEIVED VIA 来证方式 | AVAILABLE 是否生效 | TEST/SIGN 印押是否相符 | CONFIRM 我行是否保兑 |
| SWIFT | VALID | YES | NO |

DEAR SIRS, 送启者:
WE HAVE PLEASURE IN ADVISING YOU THAT WE HAVE RECEIVED FROM THE A/M BANK A(N) **LETTER OF CREDIT**, CONTENTS OF WHICH ARE AS PER ATTACHED SHEET(S).
THIS ADVICE AND THE ATTACHED SHEET(S) MUST ACCOMPANY THE RELATIVE DOCUMENTS WHEN PRESENTED FOR NEGOTIATION.
兹通知贵司，我行收自上述银行信用证一份，现随随通知，贵司交单时，请将本通知书及信用证一并提示。

REMARK, 备注:
    PLEASE NOTE THAT THIS ADVICE DOES NOT CONSTITUTE OUR CONFIRMATION OF THE ABOVE L/C NOR DOES IT CONVEY ANY ENGAGEMENT OR OBLIGATION ON OUR PART.

THIS L/C CONSISTS OF        SHEET(S),INCLUDING THE COVERING LETTER AND ATTACHMENT(S).
本信用证连同面函及附件共    纸。

IF YOU FIND ANY TERMS AND CONDITIONS IN THE L/C WHICH YOU ARE UNABLE TO COMPLY WITH AND ANY ERROR(S), IT IS SUGGESTED THAT YOU CONTACT APPLICANT DIRECTLY FOR NECESSARY AMENDMENT(S) SO AS TO AVOID ANY DIFFICULTIES WHICH MAY ARISE WHEN DOCUMENTS ARE PRESE
如本信用证中有无法办到的条款及或错误，请迳与开证申请人联系，进行必要的修改，以排除时可能发生的问题。

THIS L/C IS A    D SUBJECT TO IC    P PUBLICATION NO 500.
    信用证之通    照国际商会    用证统一惯例    号出版物办理。

YO    FAITHFULLY,
FOR BANK OF CHINA

Transfer of a Document Copy / C ...

OK : BUS765T Auth OK, key B0030615C22F43F3, BKCHCNBJ NARAUS6L ...
Header ... F  01 BKCHCNBJA200 0958 873772
Location Header  O 720 1651 030909 NARAUS6LAXXX 4622 192551 030910 0751 N
              ⋆NARA BANK, N.A.
              ⋆LOS ANGELES,CA

819431 x

| Header | Service Code | 103: |
|---|---|---|
|  | Bank, Priority | 113: |
|  | Msg User Ref. | 108: |
|  | Info. from CI | 115: |

... of Total         ⋆27  : 1 / 1
... Doc. Credit    ⋆40 B : IRREVOCABLE
                            WITHOUT OUR CONFIRMATION
... Bank's Ref  ⋆20  : NYME309328-T
Credit Number    ⋆21  : L076396
... of Issue      31 C : 030903
...              ⋆31 D : Date 031110 Place   AT NARA BANK,N.A.,MANHATTAN
...g Bank          52 D : ISRAEL DISCOUNT BANK OF NEW YORK,
                            NEW YORK, NY US

800292

... Beneficiary   ⋆50  : CNJ INTERNATIONAL
                            1350 BROADWAY, SUITE 401,
                            NEW YORK, NY 10018, USA

T

... Beneficiary   ⋆59  : TIANJIN RUIFENG KNITTING IMP AND
                            EXP CO., LTD.
                            J NANKIANG RD., HUANGHE STREET,
                            NANKAI DISTRICT, TIANJIN, CHINA.

0777070

                  ⋆32 B :          Currency USD Amount 249,395.10
... Credit Amount  39 B : NOT EXCEEDING
...ble with ...   ⋆41 D : ANY BANK
                            BY NEGOTIATION
...               42 C : AT SIGHT
                  42 D : ISSUING BANK FOR 100 PERCENT OF
                            INVOICE VALUE
... Shipments      43 P : ALLOWED
...pment          43 T : ALLOWED
... in Charge      44 A :
        CHINA
...nsport to ...  44 B :
        USA
... Date of Ship. 44 C : 031025
...pt. of Goods    45 A :
        LADIES SWEATER, HOODED ZIPPER MESH CARDIGAN
        P.O. NO. 100032 STYLE FGL 14925
        TOTAL OF 61,230 PCS
        TERMS: FOB CHINA
...ts required     46 A :
... SIGNED COMMERCIAL INVOICE IN TRIPLICATE INDICATING GOODS .....
   ... PER INSPECTIO  P.O. NOS.
   +83 ... PACKING LIST IN DUPLICATE ...
   +CERTIFICATE OF ORIGIN IN TRIPLICATE ...
   +CERTIFICATE OF INSPECTION PURPORTEDLY SIGNED BY AN OFF ... RA ...
   ... AURORA CAPITAL ASSOCIATE. PRIOR TO SHIPMENT ADDRESS/ SIGNATURE ...
   ...UST BE CERTIFIED BY ISRAEL DISCOUNT BANK NEW YORK ...
   +...OCKING BILL OF LADING TO ORDER OF FGE ISSUE INC ...
   +FULL ... 0) CLEAN   BOARD OCEAN   BILL OF LADIN AND ... OCEAN.

Additional Cond.

+ALL BANKING CHARGES OTHER THAN THOSE OF THE ISSUING BANK ARE
FOR SECOND BENEFICIARYS ACCOUNT AND ARE TO BE COLLECTED UP
FRONT. ACCORDINGLY ARTICLE 18C OF THE UCP DOES NOT APPLY TO
LETTER OF CREDIT.

+CNJ INTERNATIONAL WILL HAVE TO PAY THE DUTY AND FREIGHT TO
DELIVER THE GOODS TO THE BUYERS WAREHOUSE. APPLICANT STATES
QUOTE SHIPPING FROM ORIENT TO USA UNQUOTE.

+EACH SET OF DISCREPANT DOCUMENTS WILL BE ASSESSED USD75.00
REPRESENTING ISSUING BANK'S FEES FOR HANDLING DISCREPANCIES.
THESE FEES ARE FOR THE SECOND BENEFICIARYS ACCOUNT AND WILL
AUTOMATICALLY DEDUCTED FROM THE PROCEEDS OF THE PAYMENT WHEN
EFFECTED.

+PLEASE QUOTE L/C NO. AND OUR REFERENCE NO. ON ALL
CORRESPONDENCE.

+TRUCK BILL OF LADING MUST NOT SHOW ANY US DOLLAR AMOUNT.

+ACCOUNTEE'S NAME ON DRAFT(BILL OF EXCHANGE) SHOULD BE THE
PSTEX GROUP INC. INSTEAD OF CNJ INTERNATIONAL.

+DOCUMENTS MUST BE STRICTLY COMPLY WITH THE TERMS OF THIS
TRANSFERRED L/C AND INDEMNITIES FOR IRREGULARITIES ARE NOT
ACCEPTABLE.

Details of Charges    71 P : +ALL CHARGES IN CONNECTION WITH
THIS TRANSFERRED L/C OTHER THAN
THOSE OF NARA BANK, N.A. ARE FOR
THE ACCOUNT OF THE SECOND
BENEFICIARY.

Presentation Period   48    WITHIN 15 DAYS AFTER THE DATE OF
SHIPMENT BUT WITHIN THE VALIDITY OF
THE CREDIT.

Confirmation          49F   : WITHOUT
Instructions          78

+ALL DOCUMENTS MUST BE FORWARTED TO NARA BANK, N.A., MANHATTAN
29 WEST 30TH STREET, NEW YORK, NY 10001, USA
ATTN: INT'L L/C DEPT., IN ONE EXPRESS MAIL.

+ANY AMENDMENT WILL BE FURNISHED AT THE REQUEST OF THE 1ST BE

+THIS IS SOLELY AN ADVICE OF TRANSFER UNDER THE LETTER OF CRED
THEREFORE, WE CONVEY NO ENGAGEMENT UNDER THIS TRANSFER AND
PAYMENT WILL ONLY BE EFFECTED AFTER RECEIPT OF FUNDS FROM THE
ISSUING AND/OR PAYING BANK.

+WE WILL DEDUCT USD30.00 FOR OUR PAYMENT COMM. FROM EACH DRAFT

+FOR ANY REQUEST TO TRANSFER FUNDS TO A BANK OTHER THAN NARA
BANK, N.A., A FEE OF USD20.00 WILL BE DEDUCTED FROM PROCEEDS.

Send. to Rec. Info.   72    : THIS IS OPERATIVE INSTRUMENT.
THIS CREDIT IS SUBJECT TO UCP(1993
REV) I.C.C PUB 500.

Trailer                     Order is {MAC:} {PAC:} {ENC:} {CHK:} {TNS:} {PDE
MAC:67DC3D1A
CHK:8AB5F1D1F8FE

TIANJIN BRANCH
ADDRESS: 80/88 JIEFANG BEI ROAD TIANJIN CHINA
CABLE: CHUNGKUOYINHANG
TELEX: 23233TJBOCCN
SWIFT: BKCH CNBJ 200
FAX: 23118010

修 改 通 知 书
**NOTIFICATION OF AMENDMENT**

2003/09/18

| TO 致: 0777070 | | WHEN CORRESPONDING | AD20003A02647 |
|---|---|---|---|
| TIANJIN RUIFENG KNITTING IMP. AND EXP. CO. TEL.:27522150 1278894534 | | PLEASE QUOTE OUR REF. NO. | |

| ISSUING BANK 开证行 8002292 ISRAEL DISCOUNT BANK OF NEW YORK. 511 FIFTH AVEUNE, NEW YORK, N.Y. 10017, U.S.A. | TRANSMITTED TO US THROUGH转递行8194131 NARA BANK, N.A. REF NO. NYME309228-T |
|---|---|

| L/C NO. 信用证号 L.076696 | L/C DATED 开证日期 2003/09/02 | L/C TTL AMT总金额 USD249,206.10 | EXPIRY PLACE 有效地 FOREIGN |
|---|---|---|---|
| EXPIRY DATE 效期 2003/11/10 | TENOR 期限 0 DAYS | CHARGE 未付费用 RMB 300.00 | CHARGE BY 费用承担人 BENE |
| RECEIVED VIA 修改方式 SWIFT | AVAILABLE 修改是否生效 VALID | TEST/SIGN 修改印押是否相符 YES | CONFIRM 我行是否保兑修改 NO |
| AMEND NO 修改次数 1 | AMEND DATE 修改日期 2003/09/17 | INCREASE AMT 增额 USD0.00 | DECREASE AMT 减额 USD0.00 |

DEAR SIR,迳启者:
WE HAVE PLEASURE IN ADVISING YOU THAT WE HAVE RECEIVED FROM THE A/M BANK A(N) **AMENDMENT** TO THE CAPTIONED L/C,CONTENTS OF WHICH ARE AS PER ATTACHED SHEET(S).
兹通知贵公司，我行自上述银行收到修改一份，内容见附件。
THIS AMENDMENT SHOULD BE ATTACHED TO THE CAPTIONED L/C ADVISED BY US, OTHERWISE, THE BENEFICIARY WILL BE RESPONSIBLE FOR ANY CONSEQUENCES ARISING THEREFROM.
本修改须附于有关信用证，否则，贵公司须对因此而产生的后果承担责任。

REMARKS 备注:
PLEASE NOTE THAT THE L/C NO. HAS BEEN CHANGED,ADV DATE:2003 SEPTEMBER 10

THIS AMENDMENT CONSISTS OF    SHEET(S),INCLUDING THE COVERING LETTER AND ATTACHMENTS.
本修改连同面函及附件共    纸。
KINDLY TAKE NOTE THAT THE PARTIAL ACCEPTANCE OF THE AMENDMENT IS NOT ALLOWED.
本修改不能部分接受。
THIS AMENDMENT IS ADVISED SUBJECT TO ICC UCP PUBLICATION NO. 500.
本修改之通知系遵循国际商会跟单信用证统一惯例第500号出版物办理。

YOURS FAITHFULLY,
FOR BANK OF CHINA

/2

```
                                    Free Format               Page 0001
t79                                                           Func MSG
SGACK : DWS765I Auth OK, key B0030615C22F43F3, BKCHCNBJ NARAUS6L record
asic Header         F  01 BKCHCNBJA200 0962 157385
pplication Header  O 799 1638 030917 NARAUS6LAXXX 6039 193730 030918 0738 N
                                *NARA BANK, N.A.
                                *LOS ANGELES,CA

ser Header          Service Code    103:
                    Bank. Priority  113:
                    Msg User Ref.   108:
                    Info. from CI   115:
RN                  *20   : NYME309228-T
elated Reference    21  : NON REF.
arrative            *79  : ATTN: L/C ADVISING DEPT.

                    TRANSFER DATE: 09/09/03
                    L/C NO.       : L076696
                    L/C AMOUNT    : USD349,206.10
                    BENEFICIARY     TIANJIN RUIFENG KNITTING IMP AND
                                    EXP CO., LTD.

                    PLS ADD THE FOLLOWINGS IN FIELD 47A:
                    *CERTIFICATE OF ORIGIN AND CERTIFICATE OF
                     INSPECTION MUST NOT SHOW ANY US DOLLAR AMOUNT.

                    THIS IS AN INTEGRAL PART OF THE L/C NO. L076696.

                    RGDS,
                    MICHELLE/INT'L DEPT.
                    Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
railer              MAC:942C748A
                    CHK:152E6EACDD1E
```

中国银行
BANK OF CHINA
TIANJIN BRANCH
ADDRESS: 80 JIE FANG BEI ROAD TIANJIN CHINA
CABLE: CHUNGKUOTIANJIN
TELEX: 23233TJBOCCN
SWIFT: BKCH CNBJ 200
FAX:23118010

BA10

信用证通知书
NOTIFICATION OF DOCUMENTARY CREDIT

2003/09/12

| TO 致: 0777070 | | WHEN CORRESPONDING | AD20003A02675 |
| TIANJIN RUIFENG KNITTING IMP. AND EXP. CO. | | PLEASE QUOTE OUR REF NO | |
| TEL:27522150 I278894534 | | | |

| ISSUING BANK 开证行 8002292 | TRANSMITTED TO US THROUGH 转通行 8194131 |
| ISRAEL DISCOUNT BANK OF NEW YORK, | NARA BANK, N.A. |
| 511 FIFTH AVEUNE, | REF NO. NYME309236-T |
| NEW YORK, N.Y. 10017, | |
| U.S.A. | |

| L/C NO. 信用证号 | DATED 开证日期 | AMOUNT 金额 | EXPIRY PLACE 有效 |
| L076734 | 2003/09/10 | USD673,554.00 | LOCAL |
| EXPIRY DATE 效期 | TENOR 期限 | CHARGE 未付费用 | CHARGE BY 费用承 |
| 2003/11/10 | 0 DAYS | RMB200.00 | BENE |
| RECEIVED VIA 来证方式 | AVAILABLE 是否生效 | TEST/SIGN 印押是否相符 | CONFIRM 我行是否 |
| SWIFT | VALID | YES | NO |

DEAR SIRS, 迳启者:
WE HAVE PLEASURE IN ADVISING YOU THAT WE HAVE RECEIVED FROM THE A/M BANK A(N) **LETTER CREDIT**, CONTENTS OF WHICH ARE AS PER ATTACHED SHEET(S).
THIS ADVICE AND THE ATTACHED SHEET(S) MUST ACCOMPANY THE RELATIVE DOCUMENTS WHEN PRESENTED FOR NEGOTIATION.
兹通知贵司，我行收自上述银行信用证一份，现随附通知。贵司交单时，请将本通知书及信用证 并提示。

REMARK 备注:
   PLEASE NOTE THAT THIS ADVICE DOES NOT CONSTITUTE OUR CONFIRMATION OF THE ABOVE L/C NO. DOES IT CONVEY ANY ENGAGEMENT OR OBLIGATION ON OUR PART.

THIS L/C CONSISTS OF       SHEET(S),INCLUDING THE COVERING LETTER AND ATTACHMENT(S).
本信用证连同面函及附件共    纸。

IF YOU FIND ANY TERMS AND CONDITIONS IN THE L/C WHICH YOU ARE UNABLE TO COMPLY WITH AND ANY ERROR(S), IT IS SUGGESTED THAT YOU CONTACT APPLICANT DIRECTLY FOR NECESSARY AMENDMENT(S) SO AS TO AVOID ANY DIFFICULTIES WHICH MAY ARISE WHEN DOCUMENTS ARE PRESE
如本信用证中有无法办到的条款及/或错误，请迳与开证申请人联系、进行必要的修改，以排除 时可能发生的问题。

THIS L/C IS ADVISED SUBJECT TO ICC UCP PUBLICATION NO. 500.
本信用证通知是根据国际商会跟单信用证统一惯例第500号出版本办理。

YOURS FAITHFULLY,
FOR **BANK OF CHINA**

14

```
                                                                  819413/

ow Header    0 720 1603 030911 NARAUS6LAXXX 6026 193050 030912 0703 N
                              *NARA BANK, N.A.
                              ALOS ANGELES,CA

der              Service Code   103:
                 Bank. Priority 113:
                 Msg User Ref.  108:
                 Info. from CI  115:
 of Total   *27  : 1 / 1
Doc. Credit *40 B : IRREVOCABLE
                    WITHOUT OUR CONFIRMATION
 Bank's Ref *20  : NYME309336-F
 ... Number *21  : L074724
 Issue      31 C : 030910
            *31 D : Date 031110 Place   AT NARA BANK,N.A.,MANHATTAN
 Bank       52 D : ISRAEL DISCOUNT BANK OF NEW YORK,
                   NEW YORK, NY US
 eficiary   *50  : CNJ INTERNATIONAL
                   1355 BROADWAY, SUITE 401,
                   NEW YORK, NY 10018, USA
 eficiary   *59  : TIANJIN RUIFENG KNITTING IMP AND
                   EXP CO., LTD,
                   / NANNITAN RD., HUANGHE STEET,
                   NANKAI DISTRICT, TIANJIN, CHINA
            *32 B :        Currency USD Amount 673,554.00
 Amount     39 B : NOT EXCEEDING
            *41 D : ANY BANK
                   BY NEGOTIATION
            42 C : AT SIGHT
            42 D : ISSUING BANK FOR 100 PERCENT OF
                   INVOICE VALUE
 ipments    43 P : ALLOWED
            43 T : ALLOWED
 Charge     44 A :
                   ANY KOREAN / CHINESE PORT
 Port to... 44 E :
                   USA
 te of Ship. 44 C : 031025
 of Goods   45 A :
            +LADIES' APPAREL.
             P.O. NO. 11026/100032
             TERMS: FOB
 required   46 A :
            +SIGNED COMMERCIAL INVOICE IN DUPLICATE INDICATING GOODS ARE
             AS PER RESPECTIVE P.O. NOS.
            +SIGNED PACKING LIST IN DUPLICATE
            +CERTIFICATE OF ORIGIN IN TRIPLICATE
            +CERTIFICATE OF INSPECTION PURPORTEDLY SIGNED BY AN OFFICER
             OF QUOTA CAPITAL ASSOCIATES PRIOR TO SHIPMENT WHOSE SIGNATURE
             MUST    ERTIFIED B   SRAEL DISCO   BANK OF NE   RK.
            +TRUCKIE   ILL OF LAD      ORDER O    TEX GROUP
             INDICATING L/C NO. L074724.
            + FULL SET OF CLEAN ON BOARD OCEAN BILLS OF LADING AND 3 COPIES
             MARK  ED TO THE ORDER OF CNJ IN   RNATIONAL MA   FREIGHT
             COLLECT AND NOTIFY CNJ INTERNATIONAL
            +BENEFICIARY'S CERTIFICATE CERTIFYING THAT ONE FULL SET OF
             ORIGINAL SHIPPING DOCUMENTS MUST BE SENT TO CNJ INTERNATIONAL
```

0777070

Additional Con...    :47:A :

NJ INTERNATIONAL WILL HAVE TO PAY THE DUTY AND FREIGHT
DELIVER THE GOODS TO THE BUYER'S WAREHOUSE.
+ALL BANKING CHARGES OTHER THAN THOSE OF THE ISSUING BANK ARE
FOR SECOND BENEFICIARYS ACCOUNT AND ARE TO BE COLLECTED UP
FRONT, ACCORDINGLY ARTICLE 18C OF THE UCP DOES NOT APPLY TO
LETTER OF CREDIT.
+EACH SET OF DISCREPANT DOCUMENTS WILL BE ASSESSED USD25.00
REPRESENTING ISSUING BANK'S FEES FOR HANDLING DISCREPANCIES
THESE FEES ARE FOR THE SECOND BENEFICIARYS ACCOUNT AND WILL
AUTOMATICALLY DEDUCTED FROM THE PROCEEDS OF THE PAYMENT WHEN
EFFECTED.
+PLEASE QUOTE L/C NO. AND OUR REFERENCE NO. ON ALL
CORRESPONDENCE.
+TRUCK BILL OF LADING AND CERTIFICATE OR ORIGIN MUST NOT SHOW
US DOLLAR AMOUNT.
+ACCOUNTEE'S NAME ON DRAFT(BILL OF EXCHANGE) SHOULD BE THE
PSTEX GROUP INC. INSTEAD OF CNJ INTERNATIONAL.
+DOCUMENTS MUST BE STRICTLY COMPLY WITH THE TERMS OF THIS
TRANSFERRED L/C AND INDEMNITIES FOR IRREGULARITIES ARE NOT
ACCEPTABLE.

Details of Charges   71 B :  +ALL CHARGES IN CONNECTION WITH
THIS TRANSFERRED L/C OTHER THAN
THOSE OF NARA BANK, N.A. ARE FOR
THE ACCOUNT OF THE SECOND
BENEFICIARY.

Presentation Period :48   : WITHIN 15 DAYS AFTER THE DATE OF
SHIPMENT BUT WITHIN THE VALIDITY OF
THE CREDIT.

Confirmation      :49  : WITHOUT
Instructions      78

+ALL DOCUMENTS MUST BE FORWARDED TO NARA BANK, N.A., MANHATTAN
39 WEST 30TH STREET, NEW YORK, NY 10001, USA
ATTN: INT'L L/C DEPT., IN ONE EXPRESS MAIL.
+ANY AMENDMENT WILL BE FURNISHED AT THE REQUEST OF THE 1ST BNF
+THIS IS SOLELY AN ADVICE OF TRANSFER UNDER THE LETTER OF CREDI
THEREFORE, WE CONVEY NO ENGAGEMENT UNDER THIS TRANSFER AND
PAYMENT WILL ONLY BE EFFECTED AFTER RECEIPT OF FUNDS FROM THE
ISSUING AND/OR PAYING BANK.
+WE WILL DEDUCT USD30.00 FOR OUR PAYMENT COMM. FROM EACH DRAFT
+FOR ANY REQUEST TO TRANSFER FUNDS TO A BANK OTHER THAN NARA
BANK, N.A., A FEE OF USD20.00 WILL BE DEDUCTED FROM PROCEEDS.

Send. to Rec. Info. 72  : THIS IS OPERATIVE INSTRUMENT.
THIS CREDIT IS SUBJECT TO UCP(1993
REV) I.C.C PUB 500.

Trailer                    Order is {MAC:} {PAC:} {EMC:} {CHK:} {TNG:} {PDE
2{                         MAC:A2947372
CHK:D4ED7B47041D

## NOTIFICATION OF AMENDMENT

SWIFT: BKCH CNBJ 200                                    2003/09/18
FAX: 23118010                          WHEN CORRESPONDING    T. AD200380202678
TO NO.: 0777070                        PLEASE QUOTE OUR REF. NO.
TIANJIN RUIFENG KNITTING IMP. AND EXP. CO.
TEL: 27522150 1278894534

ISSUING BANK 开证行 8002292              TRANSMITTED TO US THROUGH转递行78194131
  ISRAEL DISCOUNT BANK OF NEW YORK       NARA BANK, N.A.
511 FIFTH AVBUNE,                        REF NO. NYME309236-T
NEW YORK, N.Y. 10017,
U.S.A.

| L/C NO. 信用证号 | L/C DATED 开证日期 | L/C TTL AMT 总金额 | EXPIRY PLACE 有效地 |
|---|---|---|---|
| 1.076734 | 2003/09/10 | USD673,554.00 | LOCAL |
| EXPIRY DATE 效期 | TENOR 期限 | CHARGE 未付费用 | CHARGE BY 费用承担人 |
| 2003/11/10 | 0 DAYS | RMB 300.00 | BBNE |
| RECEIVED VIA 修改方式 | AVAILABLE 修改是否生效 | TBST/SIGN 修改印押是否相符 | CONFIRM 我行是否保兑修改 |
| SWIFT | VALID | YES | NO |
| AMEND NO 修改次数 | AMEND DATE 修改日期 | INCREASE AMT 增额 | DECREASE AMT 减额 |
| 1 | 2003/09/17 | USD0.00 | USD0.00 |

DEAR SIR,径启者:
WE HAVE PLEASURE IN ADVISING YOU THAT WE HAVE RECEIVED FROM THE A/M BANK A(N) **AMENDMENT**
TO THE CAPTIONED L/C,CONTENTS OF WHICH ARE AS PER ATTACHED SHEET(S).
兹通知贵公司,我行自上述银行收到修改一份,内容见附件.
THIS AMENDMENT SHOULD BE ATTACHED TO THE CAPTIONED L/C ADVISED BY US, OTHERWISE, THE
BENEFICIARY WILL BE RESPONSIBLE FOR ANY CONSEQUENCES ARISING THEREFROM.
本修改须附于有关信用证,否则,贵公司须对因此而产生的后果承担责任.

REMARKS 备注:
ADV DATE:2003 SEPTEMBER 12

THIS AMENDMENT CONSISTS OF    SHEET(S),INCLUDING THE COVERING LETTER AND ATTACHMENTS.
本修改连同面函及附件共    纸.
KINDLY TAKE NOTE THAT THE PARTIAL ACCEPTANCE OF THE AMENDMENT IS NOT ALLOWED.
本修改不能部分接受.
THIS AMENDMENT IS ADVISED SUBJECT TO ICC UCP PUBLICATION NO. 500.
本修改之通知系遵循国际商会跟单信用证统一惯例第500号出版物办理.

                                        YOURS FAITHFULLY,
                                        FOR BANK OF CHINA

ACK  DWS7631 Auth OK, key B0030615C22F43F3, BKCHCNBJ NARAUS6L record
ic Header      F  01 BKCHCNBJA200 0962 157386
lication Header  O 799 1638 030917 NARAUS6LAXXX 6039 193731 030918 0738 N
                           *NARA BANK, N.A.
                           *LOS ANGELES,CA

r Header           Service Code    103:
                   Bank Priority   113:
                   Msg User Ref.   108:
                   Info. from CI   115:
                   *20  : NYME309236-T
sted Reference     21   : NON REF.
rative             *79  : ATTN: L/C ADVISING DEPT.

                        TRANSFER DATE: 09/11/03
                        L/C NO.      : L076734
                        L/C AMOUNT   : USD673,554.00
                        BENEFICIARY  : TIANJIN RUIFENG KNITTING IMP AND
                                       EXP CO., LTD.

                        PLS ADD THE FOLLOWINGS IN FIELD 47A;
                        +CERTIFICATE OF INSPECTION MUST NOT SHOW ANY US
                         DOLLAR AMOUNT.

                        THIS IS AN INTEGRAL PART OF THE L/C NO. L076734.

                        RGDS,
                        MICHELLE/INT'L DEPT.
iler                    Order is (MAC:) (PAC:) (ENC:) (CHK:) (TNG:) (PDE:)
                        MAC:28B68153
                        CHK:78BD4AD97295

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# INVOICE

/ — 4

To: CNJ INTERNATIONAL

   62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/08

INVOICE No.: CNJ0310-1

S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA

| PO NO. | QTY/PCS | PCS/PRICE | Amount |
|--------|---------|-----------|--------|
| **100032/FGL14925** | | | |
| **LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN** | | | |
| | 49998 | FOB CHINA 4.07 | 203491.86 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    **TOTAL: 49998 PCS**        **USD203491.86**

TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD.

17

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT, TIANJIN CHINA

# INVOICE

*1 — 5*

To: CNJ INTERNATIONAL
   62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/14
INVOICE No.: CNJ0310-2
S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA

| PO NO. | QTY/PCS | PCS/PRICE | Amount |
|--------|---------|-----------|--------|
| 100032/FGL14925 | | | |
| LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN | | | |
| | 42954 | FOB CHINA 4.07 | 174822.78 |

**************************************************************************

**TOTAL: 42954 PCS**          **USD174822.78**

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# INVOICE

/ —7

To: CNJ INTERNATIONAL
 62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/30
INVOICE No.: CNJ0310-4
S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA

| PO NO. | QTY/PCS | PCS/PRICE | Amount |
|--------|---------|-----------|--------|
| 100032/FGL14925 | | | |
| LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN | | | |
| | 42318 | FOB CHINA 4.07 | 172234.26 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TOTAL: 42318 PCS**                      **USD172234.26**

TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
TIANJIN CHINA

# INVOICE

*1 — 8*

To: CNJ INTERNATIONAL
62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/22
INVOICE No.: CNJ0310-5
S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA

| PO NO. | QTY/PCS | PCS/PRICE | Amount |
|--------|---------|-----------|--------|
| 100032/FGL14925 | | | |
| LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN | | | |
| | 33000 | FOB CHINA 4.07 | 134310.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TOTAL: 33000PCS**                    **USD134310.00**

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# PACKING LIST

*1 ~ 9*

To: CNJ INTERNATIONAL

  62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/08

INVOICE No.: CNJ0310-1

S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA
CARRIER:OOCL BRITAIN V.063 (OCT.11,2003)
L/C:1076696
B/L:NYKS457898135

| PO/STYLE/CONTAINER NO | CTNS | PCS |
|---|---|---|

### 100032/FGL14925

**LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN**

| | | |
|---|---|---|
| CONTAINER NO.:NYKU6150162 | 2083 | 12498 PCS |
| CONTAINER NO.:NYKU6150795 | 2084 | 12504PCS |
| CONTAINER NO.:NYKU6150178 | 2083 | 12498 PCS |
| CONTAINER NO.:NYKU6150054 | 2083 | 12498 PCS |

**COLOR AND SIZE BREAKDOWN:**

SIZE RATIO:1:1:2:2

| COLOR : | C/T NO: | CTNS | SIZE/S | M | L | XL | TTL QTY |
|---|---|---|---|---|---|---|---|
| BLACK | 1-2087 | 2087 | 2087 | 2087 | 4174 | 4174 | 12522 |
| WHITE | 1-3440 | 3440 | 3440 | 3440 | 6880 | 6880 | 20640 |
| R/BLUE: | 1-726 | 726 | 726 | 726 | 1452 | 1452 | 4356 |
| STONE: | 1-2080 | 2080 | 2080 | 2080 | 4160 | 4160 | 12480 |

TOTAL:    8333CTNS                                49998PCS

        216.5M3    G.W.:30832.1KGS      N.W.:26812.6KGS

## MARKS:

    WALMART
FACILITY
PO TYPE 0010
DEPARTMENT 00034

SUPPLIER STOCK NUMBER FGL14925
CASE QUANTITY:   6
CASE GROSS WEIGHT     KGS
CASE VOLUME       CBM
MADE IN CHINA

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT, TIANJIN CHINA

# PACKING LIST

*1 — 10*

To: CNJ INTERNATIONAL
   62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/14
INVOICE No.: CNJ0310-2
S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA
CARRIER:OOCL AMERICA 072E (OCT.18,2003)
B/L:NYKS457898402

| PO/STYLE/CONTAINER NO | CTNS | PCS |
|---|---|---|
| **100032/FGL14925** | | |
| **LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN** | | |
| **CONTAINER NO.:NYKU6043729** | **1790CTNS** | **10740 PCS** |
| **CONTAINER NO.:CAXU4607980** | **1689CTNS** | **10134PCS** |
| **CONTAINER NO.:NYKU6032220** | **1790CTNS** | **10740 PCS** |
| **CONTAINER NO.:NYKU6097860** | **1890CTNS** | **11340 PCS** |

**COLOR AND SIZE BREAKDOWN:**

SIZE RATIO:1:1:2:2

| COLOR : | C/T NO: | CTNS | SIZE/S | M | L | XL | TTL QTY |
|---|---|---|---|---|---|---|---|
| BLACK | 1-1876 | 1876 | 1876 | 1876 | 3752 | 3752 | 11256 |
| WHITE | 1-3028 | 3028 | 3028 | 3028 | 6056 | 6056 | 18168 |
| R/BLUE: | 1-377 | 377 | 377 | 377 | 754 | 754 | 2262 |
| STONE: | 1-1878 | 1878 | 1878 | 1878 | 3756 | 3756 | 11268 |

TOTAL:    7159CTNS                                    42954 PCS
          186M3   G.W.: 26488.3KGS    N.W.:23033.3KGS

## MARKS:

   WALMART
FACILITY
PO TYPE 0010
DEPA⎯⎯MENT 00034

SUPLIER STOCK NUMBER FGL14925
CA⎯⎯ QUANTITY:
CASE GROSS WEIGHT      KGS
CASE VOLUME      CBM
MADE IN CHINA

### TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# PACKING LIST                    / — / /

To: CNJ INTERNATIONAL

   62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/19

INVOICE No.: CNJ0310-3

S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA

CARRIER:OOCL FRANCE 019E (OCT.25,2003)

B/L:S03100396QD

| PO/STYLE/CONTAINER NO | CTNS | PCS |
|---|---|---|

### 100032/FGL14925

### LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN

| | | |
|---|---|---|
| CONTAINER NO.:FBLU4014659 | 1790 | 10740 PCS |
| CONTAINER NO.:TRLU4659518 | 1790 | 10740 PCS |
| CONTAINER NO.:FSCU4284630 | 1790 | 10740 PCS |
| CONTAINER NO.:TTNU4335042 | 1790 | 10740 PCS |

### COLOR AND SIZE BREAKDOWN:

SIZE RATIO:1:1:2:2

| COLOR : | C/T NO: | CTNS | SIZE/S | M | L | XL | TTL QTY |
|---|---|---|---|---|---|---|---|
| BLACK | 1-1876 | 1876 | 1876 | 1876 | 3752 | 3752 | 11256 |
| WHITE | 1-3028 | 3028 | 3028 | 3028 | 6056 | 6056 | 18168 |
| | 7160 | 1 | 1 | 1 | 2 | 2 | 6***** |
| R/BLUE: | 1-377 | 377 | 377 | 377 | 754 | 754 | 2262 |
| STONE: | 1-1878 | 1878 | 1878 | 1878 | 3756 | 3756 | 11268 |

| TOTAL: | 7160CTNS | | | 42960 PCS |
|---|---|---|---|---|
| | 186M3 | G.W.: 26492KGS | N.W.:23036.5KGS | |

## MARKS:

   WALMART

FACILITY

PO TYPE 0

DEPARTMEN    334

SUPLIER STOCK NUMBER FGL14925

CASE QUANTITY:    6

CASE GROSS WEIGHT    KGS

CASE VOLUME        CBM

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# PACKING LIST

*1 — 12*

To: CNJ INTERNATIONAL

  62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

                                              Date:2003/10/30

                                              INVOICE No.: CNJ0310-4

                                                S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA

CARRIER:OOCL NEW YORK 036 (NOV.1,2003)

B/L.:OOLU84816460

| PO/STYLE/CONTAINER NO | CTNS | PCS |
| --- | --- | --- |

### 100032/FGL14925

### LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN

| | | |
| --- | --- | --- |
| CONTAINER NO.:OOLU7039866 | 2068CTNS | 12408PCS |
| CONTAINER NO.:OOLU5742308 | 2545CTNS | 15270PCS |
| CONTAINER NO.OOLU5531331 | 2440CTNS | 14640PCS |

COLOR AND SIZE BREAKDOWN:

SIZE RATIO:1:1:2:2

| COLOR : | C/T NO: | CTNS | SIZE/S | M | L | XL | TTL QTY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| BLACK | 1-1848 | 1848 | 1848 | 1848 | 3696 | 3696 | 11088 |
| WHITE | 1-2984 | 2984 | 2984 | 2984 | 5968 | 5968 | 17904 |
| R/BLUE: | 1-370 | 370 | 370 | 370 | 740 | 740 | 2220 |
| STONE: | 1-1851 | 1851 | 1851 | 1851 | 3702 | 3702 | 11106 |

TOTAL:  7053CTNS                              42318 PCS

           183M3  G.W.: 26096.1KGS    N.W.:22692.3KGS

## MARKS:

    WALMART

FACILITY

PO TYPE 0010

DEPARTMENT 00034

SUPLIER     K NUMBER     4925

CASE QUANTITY:   (

CAS.  ROSS WEIGHT    KGS

CASE  BLUME        CBM

MADE IN CHINA

CASE    OF

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
## 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
## TIANJIN CHINA

# PACKING LIST

*/ — /3*

To: CNJ INTERNATIONAL

  62 CENTER STREET ENGLEWOOD CLIFFS,NJ 07632

Date:2003/10/22

INVOICE No.: CNJ0310-5

S/C NO. CNJ0310

SHIPMENT FROM QINGDAO PORT CHINA TO LOS ANGELES U.S.A. BY SEA
CARRIER:OOCL JAPAN 072E (NOV.8,2003)
B/L:OOLU84816630

| PO/STYLE/CONTAINER NO | CTNS | PCS |
|---|---|---|

### 100032/FGL14925

**LADIES SWEATER,HOODED ZIPPER MESH CARDIGAN**

| | | |
|---|---|---|
| **CONTAINER NO.:OOLU7290547** | **1833CTNS** | **10998 PCS** |
| **CONTAINER NO.:OOLU7290552** | **1833CTNS** | **10998PCS** |
| **CONTAINER NO.:OOLU7290634** | **1834CTNS** | **11004 PCS** |

**COLOR AND SIZE BREAKDOWN:**

SIZE RATIO:1:1:2:2

| COLOR : | C/T NO: | CTNS | SIZE/S | M | L | XL | TTL QTY |
|---|---|---|---|---|---|---|---|
| BLACK | 1-1000 | 1000 | 1000 | 1000 | 2000 | 2000 | 6000 |
| WHITE | 1-2000 | 2000 | 2000 | 2000 | 4000 | 4000 | 12000 |
| R/BLUE: | 1-1500 | 1500 | 1500 | 1500 | 3000 | 3000 | 9000 |
| STONE: | 1-1000 | 1000 | 1000 | 1000 | 2000 | 2000 | 6000 |

**TOTAL:**  **5500CTNS**           **33000 PCS**

          **142.3M3**  **G.W.: 20350KGS**    **N.W.:17695.7KGS**

# MARKS:

  WALMART
FACILITY
PO TYPE 0010
DEPARTMENT 0005.

SUPLIER STOCK NUMBER FGL14925

  SE QUANTITY:   6

C. E GROSS WEIG. T    KGS

CAS. VOLUME    CBM

MADE IN CHINA

Shipper:

TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD
8 NANNIWAN ROAD, WEST TO HUANGHE STREET, NANKAI
DISTRICT, TIANJIN CHINA

Consignee:

TO THE ORDER OF CNJ INTERNATIONAL

Notify Party

CNJ INTERNATIONAL

**B/L NO.** S03100233QD

# PHOENIX
INTERNATIONAL

# BILL OF LADING

PHOENIX INT'L FREIGHT SERVICES LTD.

上海定展航运有限公司

| Place of Receipt | PORT OF LOADING | Pre Carriage by |
|---|---|---|
| | QINGDAO, CHINA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | OCEAN VESSEL VOY NO. |
|---|---|---|
| LOS ANGELES, CA. | LOS ANGELES, CA | HOOL BRITAIN  V. 063 |

| Marks and numbers. | Number and kind of packages | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| WALMART<br>FACILITY<br>PO TYPE 0010<br>DEPARTMENT 00034<br><br>SUPPLIER STOCK NUMBER<br>FGI 14925<br>CASE QUANTITY :    8<br>CASE GROSS WEIGHT :    KGS<br>CASE VOLUME :    CBM<br>MADE IN CHINA<br>CASE :    OF<br><br>NYKU6150054/CN4310672<br>NYKU6150162/CN4321585<br>NYKU6150178/CN4310695<br>NYKU6150795/CN4321550 | 4X40'<br>8333CTNS | SAID TO CONTAIN CONTAINER ONLY 8333CTNS<br>SHIPPER'S LOAD AND COUNT AND SEAL.<br><br>LADIES SWEATER ZIPPER ZIPPER<br>MESH CARDIGAN.<br><br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIAL. | 30832.1 KGS | 216.5 CB |

FREIGHT COLLECT
TOTAL: EIGHT THOUSAND THREE HUNDRED AND THIRTY-THREE ONLY.

ON BOARD DATE
2003年 10月 1 1日

| FREIGHT & CHARGE | REVANUE TONS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|

According to the declaration of the consignor

The goods and instructions are accepted and dealt with subject to the Standard conditions printed overleaf...

| Freight amount | Freight Payable at<br>DESTINATION | Place and date of issue<br>QINGDAO    11 2003 |
|---|---|---|
| Cargo Insurance through the undersigned<br>□ not covered □ Covered according to<br>attached Policy | Number of Original FBL's<br><br>THREE (3) | Stamp and signature<br><br>PHOENIX INT'L FREIGHT SERVICES LTD. |
| For delivery of goods please apply to | | |

| Shipper | B/L NO. | / - 15 |
|---|---|---|

Shipper

TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD
6 NANNIWAN ROAD, WEST TO HUANGHE STREET, NANKAI
DISTRICT, TIANJIN CHINA

**B/L NO.** S031004290D

**PHOENIX**
INTERNATIONAL

Consignee

TO THE ORDER OF CNJ INTERNATIONAL

**BILL OF LADING**
PHOENIX INT'L FREIGHT SERVICES LTD.
上海定展航运有限公司

Notify Party

CNJ INTERNATIONAL

| Place of Receipt | PORT OF LOADING | Pre Carriage by |
|---|---|---|
| | QINGDAO | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | OCEAN VESSEL VOY NO. |
|---|---|---|
| LOS ANGELES, CA. | LOS ANGELES, CA | AMERICA  072E |

| Marks and numbers. | Number and kind of packages; | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| WALMART  7159CNTS | | LADIES SWEATER HOODED ZIPPER | 26488.3 KGS | 185.972 C |

FACILITY
PO TYPE 0010
DEPARTMENT 00004

SUPPLIER STOCK NUMBER

CASE QUANTITY:
CASE GROSS WEIGHT:  KGS
CASE VOLUME:  CBM
MADE IN CHINA
CASE:  OF

CAXU4607980/CN4318229
NYKU6032220/CN4318230
NYKU6043729/CN4318222
NYKU6097860/CN4318221

MESH CARDIGAN

THIS SHIPMENT CONTAINS
SOLID WOOD PACKING MATERIAL

ORIGINAL

**ON BOARD DATE**
2008 10月 1 日

FREIGHT COLLECT

TOTAL: SEVEN THOUSAND ONE HUNDRED AND FIFTY NINE CTNS   ONLY.

| FREIGHT & CHARGE | REVENUE TONS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| QINGDAO HELY INTERNATIONAL TRANSPORTATION CO., LTD. | | | QINGDAO HELY INTERNATIONAL TRANSPORTATION CO., LTD. | |

according to the declaration of the consignor

The goods and instructions are accepted and dealt with subject to the Standard conditions printed overleaf.
Taken in apparent good order and condition unless otherwise noted herein, at the place of receipt for transport and delivery as mentioned above.
One of the original Transport Bills of Lading must be surrendered duly endorsed in exchange for the goods or delivery order.
Transport Bill of Lading all of this tenor and date have been signed in the number stated below, one of which being accomplished the others to be void.

| Freight amount | Freight Payable at | Place and date of issue |
|---|---|---|
| | | QINGDAO  OCT 1  2003 |
| Cargo insurance through the undersigned □ not covered □ Covered according to attached Policy | Number of Original FBL's THREE (3) | Stamp and signature PHOENIX INT'L FREIGHT SERVICES LTD. |
| For delivery of goods please apply to: | | |

1—16

**B/L NO.** S0310039GQD

Shipper:
TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD
6 NANNIWAN ROAD, WEST TO HUANGHE STREET, NANKAI
DISTRICT, TIANJIN CHINA

Consignee
TO THE ORDER OF CNJ INTERNATIONAL

**PHOENIX**
INTERNATIONAL

# BILL OF LADING
PHOENIX INT'L FREIGHT SERVICES LTD.

上海定展航运有限公司

Notify Party
CNJ INTERNATIONAL

| Place of Receipt | PORT OF LOADING | Pre Carriage by |
|---|---|---|
| | QINGDAO | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | OCEAN VESSEL VOY NO. |
|---|---|---|
| LOS ANGELES, CA. | LOS ANGELES, CA | CMA FRANCE V.019E |

| Marks and numbers. | Number and kind of packages. | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| WALMART | 4X40' | SAID TO CONTAIN CONTAINER ONLY 7160CTNS | 26492.0 KGS | 186.0 CBM |
| FACILITY | | SHIPPER'S LOAD AND COUNT AND SEAL. | | |
| PO TYPE 0010 | | | | |
| DEPARTMENT 00021 | | LADIES ... | | |
| | | MESH CARDICAL | | |
| SUPPLIER STOCK | | | | |
| NUMBER PO114925 | | THIS SHIPMENT CONTAINS | | |
| CASE QUANTITY: 6 | | SOLID WOOD PACKING MATERIAL | | |
| CASE GROSS WEIGHT   KGS | | | | |
| CASE VOLUME    CBM | | | | |
| MADE IN CHINA | | | | |
| CASE OF | | | | |
| TRLU4014659/CN4318101 | | FREIGHT COLLECT | | |
| SCXU4284630/CN4318109 | | TOTA: SEVEN THOUSAND ONE HUNDRED AND SIXTY CTNS   ONLY. | | |
| KLLU4659518/CN4318102 | | | | |
| TINU4335042/CN4318110 | | | | |

ON BOARD DATE
2003年 10月 2 5日

| FREIGHT & CHARGE | REVANUE TONS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|

according to the declaration of the consignor

上海美国际货运代理有限责任公司

The ... ith subject to the Standard ...itions printed on ... QINGDAO ... AY INTERNATIONAL
Take ... ...se otherwise noted here ... he place of receipt ... 're ... shown, as receipt ...
One of these ... Bills of lading thus ... endered duly endorsed in ... ange for the goods. Wi ... ... of the original Com ...
Transport ... ading ... this ten ... date have been signed in the number stated below, one of wh ... being ac ... lished the ... r(s) to be void.

| Freight amo ... AS AG ... 'S FOR THE CARRI... | Freight Payable at DESTINATIO | Place and ... of Issue AS AG ... 'S FOR THE CARR... |
|---|---|---|
| Cargo Insurance ... ough the undersigned ☐ not covered ☐ ...ered according to ...attached Policy | Number of Original FBL's THREE (3) | Stamp and sign...ure PHOENIX INT'L FREIGHT SERVICES LTD. |

SHIPPER/EXPORTER(COMPLETE NAME AND ADDRESS)

TIANJIN RUIFENG KNITTING IMP.&EXP.
CO.,LTD.6 NANNIWAN ROAD,
WEST TO HUANCHE STREET
NANKAI DISTRICT, TIANJIN, CHINA

BOOKING NO.
00LU84816460

EXPORT REFERENCES

1 — 17

CONSIGNEE(COMPLETE NAME AND ADDRESS)

TO THE ORDER OF CNJ INTRNATIONAL

FORWARDING AGENT-REFERENCES
FMC NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY(COMPLETE NAME AND ADDRESS)

CNJ INTERNATIONAL 1385 BROAD WAY,
SUITEN601, NEW YORK , NY10018
TEL:212-391-4479 FAX:212-391-4497
TEL:201-394-9642 FAX:201-944-9682
CONTACT PERSON:MICHAEL PARK

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | | |
| --- | --- | --- | --- |
| VESSEL/VOYAGE/FLAG OOCL NEW YORK V.036 | PORT OF LOADING QINGDAO PORT | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT QINGDAO |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED,USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)         PARTICULARS FURNISHED BY SHIPPER

| CNTR.NOS./SEAL NOS. MARKS &NUMBERS | QUANTITY PACKAGES | H M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
| --- | --- | --- | --- | --- | --- |
| WALMART FACILITY PO TYPE0010 DEPARTMENT 00034 SUPLIER STOCK NUMBER FGL14925 CASE QUANTITY:6 CASE GROSS WEIGHT KGS CASE VOLUME CBM MADE IN CHINA CASE OF | 7053CARTONS | | LADIES SWEATER HOODED ZIPPER MESH CARDIGAN POH:100032  FREIGHT COLLECT  OOLU5531331/F100532/' // OOLU5742308/F100372/' // OOLU7039866/C100372/' // | 26096.1KGS | 183.27CBM |

TOTAL NO. OF CONTAINERS/PACKAGES  RECEIVED & ACKNOWLEDGED
BY CARRIER FOR  THE PURPOSE OF CALCULATION OF PACKAGE
LIMITATION (OF APPLICABLE):  3  CONTAINER(S) /PACKAGE(S)
SHIPPER'S LOAD AND COUNT – CONTAINERS SEALED BY SHIPPER
SAY SEVEN THOUSAND AND FIFTY-THREE CARTONS ONLY.
CY-CY                    01 NOV 2003

NOTICE 1:For carriage to or from the United States of America,Clauses 23 and 24 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the
U.S.Carriage of Goods by Sea Act,1936,unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge.
NOTICE 2:See Clause 30 on the reverse side hereof.Notice to Endorsee and/or Holder and/or Transferee.
Declared Cargo Value US$_____If Merchant enters a value,Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT/BY: | | | SERVICE CONTRACT NO. | ROUTE CODE | COMMODITY CODE | EXCHANGE RATES: | Received the described goods or packages or containers said to contain goods in apparent good order and condition unless otherwise indicated,to be transported and delivered as herein provided. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | | The receipt,custody,carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff. |
| | | | | | | | In witness whereof ____ bills of lading have been sign, beging incomplet ___the other.  DATE CARGO RECEIVED  01 NOV 2003  DATE LADEN  DATED |

SIGNED
BY:   ORIENT OVERSEAS CONTAINER LINE
      (CHINA) CO.,LTD.

DESTINATION CHARGE COLLECT PER LINE TA...

TIANJIN RUIFENG KNITTING IMP.&EXP.
CO.,LTD.6 NANNIWAN ROAD,
WEST TO HUANCHE STREET
NANKAI DISTRICT,TIANJIN,CHINA

DOCUMENT NO.
BILL OF LADING NO.
OOLU84816630

EXPORT REFERENCES

1 ~ 18

CONSIGNEE(COMPLETE NAME AND ADDRESS)
TO THE ORDER OF CNJ INTRNATIONAL

FORWARDING AGENT-REFERENCES
FMC NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY(COMPLETE NAME AND ADDRESS)
CNJ INTERNATIONAL 1385 BROAD WAY,
SUITE#601,NEW YORK , NY10018
TEL:212-391-4479 FAX:212-391-4497
TEL:201-394-9642 FAX:201-944-9682
CONTACT PERSON:MICHAEL PARK

ALSO NOTIFY PARTY-ROUTING INSTRUCTIONS

PRE-CARRIAGE BY

PLACE OF RECEIPT

VESSEL/VOYAGE/FLAG
OOCL JAPAN V.072

PORT OF LOADING
QINGDAO PORT

LOADING PIER / TERMINAL

ORIGINALS TO BE RELEASED AT
QINGDAO

PORT OF DISCHARGE
LOS ANGELES

PLACE OF DELIVERY

TYPE OF MOVEMENT (IF MIXED,USE DESCRIPTION OF PACKAGES AND GOODS FIELD)

(CHECK 'HM' COLUMN IF HAZARDOUS MATERIAL)           PARTICULARS FURNISHED BY SHIPPER

| CNTR NOS.W/SEAL NOS. MARKS C/NUMBERS | QUANTITY PACKAGES | H M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|---|
| WALMART FACILITY PO TYPE0010 DEPARTMENT 00034 SUPLIER STOCK NUMBER FGL14925 CASE QUANTITY:6 CASE GROSS WEIGHT KGS CASE VOLUME CBM MADE IN CHINA CASE OF | 5480CARTONS | | LADIES SWEATER HOODED ZIPPER MESH CARDIGAN PO#:100032  FREIGHT COLLECT  OOLU7290547/C393023/' // OOLU7290552/C393021/' // OOLU7290634/C393024/' // | 20276KGS | 142.4CBM |

TOTAL NO. OF CONTAINERS/PACKAGES  RECEIVED & ACKNOWLEDGED
BY CARRIER FOR  THE PURPOSE OF CALCULATION OF PACKAGE
LIMITATION (IF APPLICABLE):  3  CONTAINER(S) /PACKAGE(S)
SHIPPER'S LOAD AND COUNT -- CONTAINERS SEALED BY SHIPPER
SAY FIVE THOUSAND FOUR HUNDRED AND EIGHTY CARTONS ONLY.
                                    CY-CY

0 8 NOV 2003

TICE 1:For carriage to or from the United States of America,Clauses 23 and 24 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the
  U.S Carriage of Goods by Sea Act,1936,unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge.
TICE 2:See Clause 30 on the reverse hereof:Notice to Endorsee and/or Holder and/or Transferee.

  lared Cargo Value US$_____If Merchant enters a value,Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| (RECEIVED) CHARGES PAYABLE AT/BY | | | SERVICE CONTRACT NO. | ROUTE CODE | COMMODITY CODE | EXCHANGE RATES: |
|---|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
0 8 NOV 2003
DATED

DESTINATION CHARGES COLLECT PER LINE TARIFF
AND TO BE COLLE.... FROM THIS PARTY

SIGNED BY: ORIENT OVE... S CONTAINER LINE
(CHINA) CO...

Exhibit A.II

# NO.2   CATALOGUE
# FOR ATTACHMENT FILE

1. **INVOICE**

2. **PACKING LIST**

3. **B/L**

4. **E-MAIL**

5. **INVOICE**

6. **BANK COPY**

TIANJIN XIN YONG JIN YUAN IMP. & EXP. CO.,LTD
NANNAN RD.,WEST JOUAN SHI STREET NANKAI DISTRICT TIANJIN CHINA

# INVOICE

BY ORDER AND ACCOUNT AND RISK OF MESSRS:

CNJ INTERNATIONAL

62 CENTER STREET, ENGLEWOOD CLIFFS,
NJ 07632

INVOICE NO: CNJ-0301

DATE:JAN,18,2003

CONTRACT NO.:CNJ0301

L/C NO.: L075777 TRANSFER NO.:  PAT22534A

BY SEA FROM TIANJIN PORT CHINA TO LA U.S.A.

SHIPPED PER ON OR ABOUT: JAN,24,2002

| MARKS & NOS. | DESCRIPTION | QNTY (PCS) | UNIT PRICE (USD/PC) | AMOUNT (USD) |
|---|---|---|---|---|
| SAY WHAT SAY WHAT | LADIES SWEATERS 94%COTTON/6%SPANDEX 12GG LONG SLEEVE HOODED ZIPPER FRONT WITH EMBROIDERY PO NO.:11261   STYLE:61692 | 5400 | 4.50 | 24300.00 |

KNITWORK PRODUCTION CORP
PO#:11261
STYLE#:61692
QTY:
C/T NO:_____OF____
MADE IN CHINA

| | | | | |
|---|---|---|---|---|
| NORDSTROM SAY WHAT | LADIES SWEATERS 94%COTTON/6%SPANDEX 12GG LONG SLEEVE HOODED ZIPPER FRONT WITH EMBROIDERY PO NO.:10530228   STYLE:61692 | 804 | 4.50 | 3618.00 |

KNITWORK PRODUCTION CORP
PO#:10530228
STYLE#:61692
QTY:
C/T NO:_____OF____
MADE IN CHINA

TOTAL:                                              6204PCS          USD27918.00
                                                                     FOB CHINA

TIANJIN RUIFENG KNITTING IMP.&EXP. CO.,LTD.

Case 1:04-cv-80000-xxxx Document xx Filed xx/xx/xxxx Page 22 of 93

# PACKING LIST

**BY ORDER AND ACCOUNT AND RISK OF MESSRS:**

CNJ INTERNATIONAL

62 CENTER STREET, ENGLEWOOD CLIFFS,
N.J 07632

INVOICE NO: CNJ-0301

DATE: JAN,18,2003

CONTRACT NO.:CNJ0301

L/C NO.: L075777 TRANSFER NO.: PAT22534A

BY SEA FROM TIANJIN PORT CHINA TO LA U.S.A.

SHIPPED PER ON OR ABOUT: JAN.24,2002

| MARKS & NOS. | CTN NO. | COLOR | PCS/CTN | S | M | L | CTNS | QNTY | GW. | N.W. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LADIES SWEATERS | | | | | | | | |
| | | 94%COTTON 6%SPANDEX 12GG LONG SLEEVE HOODED | | | | | | | | |
| SAY WHAT | | ZIPPER FRONT WITH EMBROIDERY | | | | | | | | |
| SAY WHAT | | PO NO.:11261   STYLE:61692 | | | | | | | | |
| | 1-75 | BLACK | 24 | 2 | 3 | 2 | 75 | 1800 | 622.5 | 450 |
| KNITWORK PRODUCTION CORP | 76-148 | WHITE | 24 | 2 | 2 | 2 | 73 | 1752 | 605.9 | 438 |
| PO#:11261 | 149 | WHITE 12 | 24 | 2 | 2 | 2 | 1 | 24 | 8.3 | 6 |
| STYLE#:61692 | | TAUPE 6 | | 6 | | | | | | |
| QTY: | | BLACK 6 | | 6 | | | | | | |
| C/T NO:_____OF_____ | 150 | WHITE 9 | 24 | | 5 | 4 | 1 | 24 | 8.3 | 6 |
| MADE IN CHINA | | TAUPE 7 | | | | | | | | |
| | | BLACK 8 | | 3 | 5 | | | | | |
| | 151-225 | TAUPE | 24 | 2 | 2 | 2 | 75 | 1800 | 622.5 | 450 |
| | | LADIES SWEATERS | | | | | | | | |
| | | 94%COTTON 6%SPANDEX 12GG LONG SLEEVE HOODED | | | | | | | | |
| NORDSTROM | | ZIPPER FRONT WITH EMBROIDERY | | | | | | | | |
| SAY WHAT | | PO NO.:10530228   STYLE:61692 | | | | | | | | |
| | 1-7 | BLACK | 24 | 2 | 3 | 1 | 7 | 168 | 58.1 | 42 |
| KNITWORK PRODUCTION CORP | 8 | BLACK | 12 | 2 | 3 | 1 | 1 | 12 | 4.4 | 3 |
| PO#:10530228 | 9-15 | WHITE | 24 | 2 | 3 | 1 | 7 | 168 | 58.1 | 42 |
| STYLE#:61692 | 16 | WHITE | 12 | 2 | 3 | 1 | 1 | 12 | 4.4 | 3 |
| QTY: | 17-19 | LT.BLUE | 24 | 2 | 3 | 1 | 3 | 72 | 24.9 | 18 |
| C/T NO:_____OF_____ | 20 | LT.BLUE | 12 | 2 | 3 | 1 | 1 | 12 | 4.4 | 3 |
| MADE IN CHINA | 21-25 | LT.PINK | 24 | 2 | 3 | 1 | 5 | 120 | 41.5 | 30 |
| | 26-30 | RED | 24 | 2 | 3 | 1 | 5 | 120 | 41.5 | 30 |
| | 35 | TAUPE | 24 | 2 | 3 | 1 | 5 | 120 | 41.5 | 30 |

TOTAL:260CTNS    6204PCS

G.W.:2146.3KGS    N.W.:1551KGS    260CTNS=23M3

MEAS/CTN(PO#11261)=54CM X 33CM X50CM

MEAS/CTN(PO#10530228)1-7;9-15;17-19;21-35=54CMX33CMX50CM

MEAS/CTN(PO#10530228)8;16;20=54CMX33CMX26CM

PHOENIX
INTERNATIONAL

**BILL OF LADING**
PHOENIX INT'L FREIGHT SERVICES LTD.
美商定航股份有限公司

Consignee:
**TO ORDER OF CNJ INTERNATIONAL**

Notify Party
CNJ INTERNATIONAL

| Place of Receipt | PORT OF LOADING | Pre Carriage by |
| --- | --- | --- |
| | TIANJIN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | OCEAN VESSEL VOY NO. |
| --- | --- | --- |
| LONG BEACH, CA | LOS ANGELES, CA | PU HARMONY V. 316 |

| Marks and numbers | Number and kind of packages | Description of goods | Gross weight | Measurement |
| --- | --- | --- | --- | --- |
| SAY WHAT | 260 CTNS | LADIES SWEATER | 2331.000 KGS | 14.000 M3 |

THIS SHIPMENT CONTAINS NO SOLID
WOOD PACKING MATERIAL.

NITWORK PRODUCTION CORP
O#:11261
TYLE#:61692
TY:
T NO:_____OF_____
IADE IN CHINA

HDMU2176618/103810/CY-CY/20' GP

ORDSTROM

SAY WHAT

NITWORK PRODUCTION CORP
O#:10530228
TYLE#:61692
TY:
T NO:_____OF_____
ADE IN CHINA

**SHIPPER'S LOAD,
COUNT AND SEAL**

**SHIPPED ON BOARD
25 JAN 2003**

FREIGHT COLLECT

L: TWO HUNDRED AND SIXTY CTNS ONLY.

| | REVANUE TONS | RATE | PREPAID | COLLECT |
| --- | --- | --- | --- | --- |

according to the declaration of the consignor

Place and date of Issue
TIANJIN

PHOENIX INT'L FREIGHT SERVICES LTD.

2-4

 **Hotmail** limei741023@hotmail.com **Inbox** | **Previous Page**

**From :** Michaelmkpark@aol.com

**To :** LIMEI741023@HOTMAIL.COM

**CC :** Curieh@aol.com

**Subject :** 61692

**Date :** Wed, 8 Jan 2003 08:53:04 EST

Hi Melinda,

As i agreed with you on the phone,

***Pls ship style 61692 whole quantity to LA USA on about 1/21.

***Pls contact Phoenix and get 20 foot container and book the Vessel and confirm ETD Cinna , ETA LA USA

***Pls put care label and c/o label with MADE IN CHINA

***Disregard Kwang Trading L/C, I will open new L/C for you to ship directly to LA USA

***I will confirm the Price $1.00 more to use China Quota, so the total price will be FOB L/C $4.50/pc + previous t/t $1.10/pc + new t/t $1.00=$6.60/pc

***I will also pay for the new care & c/o label charge to put MADE IN CHINA

Pls confirm so that I can open L/C ASAP.

***you dont have to say anything to Kwang Trading, I will take care of it***

Michael

Michael Park

CNJ  INTERNATIONAL

1385 Broadway, Suite #601

New York, NY 10018

(Tel)  212-391-4479    (Fax) 212-391-4497

(Cel)  201-394-9642    (Fax) 201-944-9682

TIANJIN RUIFENG KNITTING IMPORT AND EXPORT CO., LTD
5 WANLIWAN ROAD, WEST TOHUANGHE STREET, NANKAI DISTRICT, TIANJIN CHINA

# INVOICE

| | |
|---|---|
| BY ORDER AND ACCOUNT AND RISK OF MESSRS: | INVOICE NO: CNJ-0301A |
| CNJ INTERNATIONAL | DATE:JAN,18,2003 |
| 62 CENTER STREET, ENGLEWOOD CLIFFS, | CONTRACT NO.:CNJ0301 |
| NJ 07632 | PAYMENT: T/T |

BY SEA FROM TIANJIN PORT CHINA TO LA U.S.A.
SHIPPED PER ON OR ABOUT: JAN,24,2002

| MARKS & NOS. | DESCRIPTION | QNTY (PCS) | UNIT PRICE (USD/PC) | AMOUNT (USD) |
|---|---|---|---|---|
| SAY WHAT SAY WHAT | LADIES SWEATERS 94%COTTON/6%SPANDEX 12GG LONG SLEEVE HOODED ZIPPER FRONT WITH EMBROIDERY PO NO.:11261   STYLE:61692 | 5400 | 2.20 | 11880.00 |
| | KNITWORK PRODUCTION CORP PO#:11261 STYLE#:61692 QTY: C/T NO:_____OF____ MADE IN CHINA | | | |
| NORDSTROM SAY WHAT | LADIES SWEATERS 94%COTTON/6%SPANDEX 12GG LONG SLEEVE HOODED ZIPPER FRONT WITH EMBROIDERY PO NO.:10530228   STYLE:61692 | 804 | 2.20 | 1768.80 |
| | KNITWORK PRODUCTION CORP PO#:10530228 STYLE#:61692 QTY: C/T NO:_____OF____ MADE IN CHINA | | | |
| TOTAL: | | 6204PCS | | USD13648.80 FOB CHINA |

天津瑞丰针织品进出口有限公司
TIANJIN RUIFENG KNITTING IMP/EXP CO., LTD.

Exhibit A.III

3 -1

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
## 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT, TIANJIN CHINA

# INVOICE

To: KWANG TRADING CO.,LTD SEOUL

Dongdaemun-gujangan-dong

RM.806,KWANG PYUNG B/D,414-7

Date:2003/06/26

INVOICE No.: KT0303

S/C NO KT0303

SHIPMENT FROM TIANJIN CHINA TO BUSAN KOREA BY SEA

L/C NO.: M07RW305ES00057

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| **POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) SWEATER** | | | |
| PO#0333 STYLE#79069M | 5328 | FOB CHINA 2.25 | 11988.00 |
| STYLE#79070M | 5280 | FOB CHINA 2.25 | 11880.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TOTAL:10608PCS**                     **USD23868.00**

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD

### TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# INVOICE

To: KWANG TRADING CO.,LTD SEOUL
  Dongdaemun-gujangan-dong
  RM.806,KWANG PYUNG B/D,414-7

Date:2003/06/30
INVOICE No.: KT0303A
S/C NO KT0303

SHIPMENT FROM TIANJIN CHINA TO BUSAN KOREA BY SEA
L/C NO.: M07RW305ES00057

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| **POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) SWEATER** | | | |
| PO#0333 STYLE#79069M | 750 | FOB CHINA 2.25 | 1687.50 |
| STYLE#79070M | 654 | FOB CHINA 2.25 | 1471.50 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TOTAL:1404PCS**                     **USD3159.00**

### TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD

### TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# PACKING LIST

To: KWANG TRADING CO.,LTD SEOUL
  Dongdaemun-gujangan-dong
  RM.806,KWANG PYUNG B/D,414-7

Date:2003/06/26
INVOICE No.: KT0303
S/C NO KT0303

SHIPMENT FROM TIANJIN CHINA TO BUSAN KOREA BY SEA
L/C NO.:M07RW305ES00057

| PO# / STYLE# | CTN NO. | CTNS | PCS | N.W.(KGS) | G.W.(KGS) |
|---|---|---|---|---|---|
| **POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) SWEATER** | | | | | |
| 0333 / 79069M | 1-111 | 111 | 5328 | 1465.2 | 1653.9 |
| 0333 / 79070M | 1-110 | 110 | 5280 | 1452.0 | 1639.0 |

TOTAL:221CTS=10608PCS    MEAS.:50cmX38cmX56cmX221=23.51M3
    N.W.2917.2KGS  G.W.:3292.9KGS

For and on behalf of
天津瑞丰针织进出口贸易有限公司
IMP. & EXP.CO.,LTD.

Authorized Signature(s)


## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# PACKING LIST

To: KWANG TRADING CO.,LTD SEOUL

  Dongdaemun-gujangan-dong

  RM.806,KWANG PYUNG B/D,414-7

Date:2003/06/30

INVOICE No.: KT0303A

S/C NO KT0303

SHIPMENT FROM TIANJIN CHINA TO BUSAN KOREA BY SEA

L/C NO.:M07RW305ES00057

| PO# / STYLE# | CTN NO. | CTNS | PCS | N.W.(KGS) | G.W(KGS) |
|---|---|---|---|---|---|
| **POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) SWEATER** | | | | | |
| 0333 / 79069M | 112-126 | 15 | 720 | 198 | 223.5 |
|  | 127 | 1 | 30 | 8.25 | 10.0 |
| 0333 / 79070M | 111-123 | 13 | 624 | 171.6 | 193.7 |
|  | 124 | 1 | 30 | 8.25 | 10 |

TOTAL:30CTNS=1404PCS    MEAS.:50cmX38cmX56cmX30=3.192M3

    N.W.386.1KGS  G.W.:437.2KGS

天津市瑞丰针织品进出口有限公司
TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD.

NANKAI DISTRICT, TIANJIN, CHINA

B/L No. 979

# Young-Ko TRANS CO., LTD.

SEOUL, KOREA
TEL:(02)710-6711   FAX:(02)710-6789
E-mail: yktsel@ppp.kornet21.net

**Consignee**

TO THE ORDER OF KOOKMIN BANK

For delivery of goods, please apply to :

SAM YOUNG EXPRESS CO., LTD.
T:2-7106700   F:2-7177913

**Notify party**

KWANG TRADING CO.,LTD SEOUL
Dongdaemun-gujangan-dong
RM.806,KWANG PYUNG B/D, 414-7

| Pre-carriage by | Place of Receipt |
| --- | --- |
| | TIANJIN PORT |

Vessel/ Voyage No.    HYUNDAI PRIMORSKIY V.400E

| Port of Loading | Port of Discharge | Port of Delivery | Final Destination(for the Merchant Ref.) |
| --- | --- | --- | --- |
| TIANJIN PORT | BUSAN, KOREA | BUSAN, KOREA | |

PARTICULARS FURNISHED BY CONSIGNOR SHIPPER

| Container No. & Seal No. Marks and No. | No. & Kinds of Containers or Pkgs | Description of Goods | Gross Weight | Measurement |
| --- | --- | --- | --- | --- |
| FRONT MARK: | 260CTNS | SHIPPER'S LOAD & COUNT SAID TO CONTAIN : POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) SWEATER | 3874KGS | 27.6CBM |

HEARTWORKS

HEARTWORKS INC.
PO#:
STYLE#:
QTY:
C/T NO:        OF
MADE IN KOREA

L/C NO.:M07RW305ES00057

FREIGHT COLLECT

HDMU2990368/023486/CY/CY/20x1

CLEAN ON BOARD
JUN.27.2003
SIGN

SIDE MARK:

| SIZE | | |
| --- | --- | --- |
| COLOR | | |
| | | |
| | | |

G..W. _____ KGS
N.W. _____ KGS
MEAS _____ CM

TTL:TWO HUNDRED AND SIXTY CTNS ONLY.

Excess Value Declaration(Refer to the reverse side Standard Conditions 2.4.3) :

| | | Freight Payable at |
| --- | --- | --- |
| Total Number of Containers or Packages(in words) | | FREIGHT COLLECT |

| Freight & Charges | Prepaid | Collect | Received by the Carrier, the Goods specified herein in apparent good order and condit... |
| --- | --- | --- | --- |
| OCEAN FREIGHT COLLECT AS ARRANGED | | | |

# Young-Ko TRANS CO., LTD

SEOUL, KOREA
TEL:(02)710-6711   FAX:(02)710-6789
E-mail:yktsel@ppo.kornet21.net

3-6

...nee
THE ORDER OF KOOKMIN BANK

For delivery of goods, please apply to :

...party

WANG TRADING CO.,LTD SEOUL

ongdaemun-gujangan-dong

M.806,KWANG PYUNG B/D, 414-7

SAM YOUNG EXPRESS CO., LTD.

T:2-7106700   F:2-7177913

| ...arriage by | Place of Receipt TIANJIN PORT | | |
|---|---|---|---|
| ...el/Voyage No.   ASIAN EAGLE V.098A | | | Final Destination(For the Merchant Ref.) |
| ...of Loading TIANJIN PORT | Port of Discharge BUSAN, KOREA | Port of Delivery BUSAN, KOREA | |

| | | Gross Weight | Measurement |
|---|---|---|---|
| PARTICULARS FURNISHED BY CONSIGNOR/SHIPPER | Description of Goods | 437.2KGS | 3.192CBM |

...tainer No. &   No. & Kinds of
...No.   Containers or Pkgs
...ks and No.

FRONT MARK:   30CTNS

SHIPPER'S LOAD & COUNT
SAID TO CONTAIN :

POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) SWEATER

HEARTWORKS

HEARTWORKS INC.

PO#:

STYLE#:

QTY:

C/T NO:_____ OF _____

MADE IN KOREA

SIDE MARK:

L/C NO.:M07RW305ES00057

FREIGHT COLLECT

HDMU6268857/023179/CY/CY/40'HC*1
PART SYETJF307009
SYETJF307010
SYETJF307028
TTL:THIRTY CTNS ONLY.

CLEAN ON BOARD
JUL.01.2003
SIGN _____

| SIZE COLOR | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

G..W. _____ KGS
N.W. _____ KGS
MEAS _____ CM

ORIGINAL

...xcess Value Declaration(Refer to the reverse side Standard Conditions 2.4.3) :

Freight Payable at
FREIGHT COLLECT

Total Number of Containers
or Packages(in words)

| Freight & Charges | Prepaid | Collect |
|---|---|---|

OCEAN FREIGHT COLLECT AS ARRANGED

Received by the Carrier, the Goods specified herein in apparent good order and conditi... unless otherwise stated, to be transported to such place as agreed, authorized or permitted here... and subj... to all the terms and conditions appearing on the front and reverse of this Multimod... Transpor... of Lading(hereinafter call... the (K B/L) to which the Merchant agrees ... accepting th... (K B/L), notwithstanding any lo... privileges, customs or any other agreemen... between the parties. The numbers of the Goods, ... er(s) ... term (date) by the shipper a... the weight, measurements, quantity, condition, contents and value of the Goods are unknown... the Carrier. In witness whereof the (6) original (K B/L) have been signed unless otherwi... state... herein. If two(2) or more original K B/L(s) have been issued and either one(1) has be... surre... ered, all the other(s) shall be null and void. If required by the Carrier one(1) du... endorsed original K B/L must be surrendered in exchange for the Goods or delivery order...

Case 1:08-cv-00349-RLG     Document 18-2     Filed 03/11/2008     Page 57 of 108

# TIANJIN CHINA

# Sales Confirmation 3-7

To: KWANG TRADING CO.,LTD.
ROOMROA KWANG DVUNG D/D #414-7

JANGAN-DONG,DONGDAEMOON-KU,SEOUL,KOREA

TEL:02-2243-6267/8 FAX:02-2243-6269

Date:Apr.24,2003

S/C No.: KT0303

The undersigned Sellers and Buyers have agreed to close the following transactions according to the terms and conditions stipulated below.

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) | | | |
| PO#0333 STYLE#79069M | 6240 | FOB CHINA 2.25 | 14040.00 |
| STYLE#79070M | 6240 | FOB CHINA 2.25 | 14040.00 |
| ******************************************************************************* | | | |
| TOTAL:12480PCS | | | USD28080.00 |

REMARKS:

1. OTHER DETAILS AS PER ORDER.

TOTAL VALUE: SAY U.S.DOLLARS

TWENTY-EIGHT THOUSAND AND EIGHTY ONLY.

SHIPMENT DATE: Jun.20,2003

PAYMENT:SIGHT L/C

PORT OF LOADING:,CHINA PORT

DESTINATION: SEOUL,KOREA

THE BUYER SIGNATURE:

KWANG TRADING CO., LTD.

K. Y. KIM / PRESIDENT

2003 4/29

THE SELLER SIGNATURE:

2003/04/

日 期　2003-5-9.0:18

来 源　Michaelmkpark@aol.com

　　　>> [加入地址簿] >> [拒收此用户]

标 题　Re: Sample (S/# HW30409-1) Not Acceptable

收 信　limei741023@sohu.com

抄 送　Curieh@aol.com, Venaducci5@aol.com

选择内容：　　[──选择下列内码──　　　　　▾]　　⏷下载信件内容 <<前一封 后一封>> 返回收件箱

In a message dated 5/8/2003 3:42:30 AM Eastern Standard Time, limei741023@sohu.com
writes:


HI,MICHAEL,

THANK YOU FOR YOUR E-MAIL.
I HAVE DISCUSSED VERY HARD WITH THE FACTORY MANAGER ABOUT THE
PRICE.
FINALLY THE FACTORY ACCEPT 20 CENTS MORE.
SO THE UNIT PRICE GO UP TO USD2.45/PC
PLS REVISED PO AND SENT IT AGAIN.
SAMPLES WILL BE SENT TOMORROW.

BEST REGARDS
MELINDA LEE


回复:
thank you so much, melinda
for the increased 20 cents,   will sign on the new   vised sales contract  nd fax it to you,
however i will not  evise and  mend the PO and  /C, i will ju t T/T the money for the
increase later.
mi  nael

日 期    2003-5-8 15:41

来 源    llmei741023@sohu.com

>> [加入地址簿] >> [拒收此用户]

标 题    Re:Re: Sample (S/# HW30409-1) Not Acceptable

收 信    Michaelmkpark@aol.com

抄 送    curieh@aol.com, venaducci5@aol.com

选择内码：    --选择下列内码--    ▽ 下载信件内容  后一封>> 返回已发送邮件

HI,MICHAEL,

THANK YOU FOR YOUR E-MAIL.
I HAVE DISCUSSED VERY HARD WITH THE FACTORY MANAGER ABOUT THE PRICE.
FINALLY THE FACTORY ACCEPT 20 CENTS MORE.
SO THE UNIT PRICE GO UP TO USD2.45/PC
PLS REVISED PO AND SENT IT AGAIN.
SAMPLES WILL BE SENT TOMORROW.

BEST REGARDS
MELINDA LEE
----- Original Message -----
From: Michaelmkpark@aol.com
To: limei741023@sohu.com
Cc: Curieh@aol.com ;Venaducci5@aol.com ;Johnsourcing@aol.com
Subject: Re: Sample (S/# HW30409-1) Not Acceptable
Sent: Wed May 07 17:56:56 CST 2003

> In a message dated 5/7/2003 4:47:26 AM Eastern Daylight Time,
> limei741023@sohu.com writes:
>
> > HI,MICHAEL,
> >
> > THANK YOU FOR YOUR E-MAIL.
> > HERE I DOUBLE CONFIRM WITH YOU ABOUT THE PRICE.
> > IF THE FACTORY REVISED THE SAMPLES  S BUYER REQUEST ,
> > THE FACTORY ASK ME 60CENTS MORE.
> > SO YOU HAVE TO GIVE ME 60CENTS TO MOO

> > SO YOU HAVE TO GIVE ME 60CENTS/PC MORE.
> > SAMPLES WILL BE SENT AS SOON AS POSSIBLE.
> >
> >
> > BEST REGARDS
> > MELINDA LEE
> > HI MELINDA,
> I CANNOT GIVE YOU 60 CENTS MORE, I WILL GIVE YOU 20 CENTS MORE BECAUSE THE
> BUYER WILL CANCEL THIS ORDER IF I ASK THAT MUCH.
> PLS DISCUSS WITH THE FACTORY AND CONFIRM TO DO A BIG FAVOR FOR ME. I WILL
> GIVE THEM SOME GOOD ORDER VERY SOON TO COMPENSATE THEIR VERY KIND
> COOPERATION.
> PLS SEND THE SAMPLE ASAP
> MICHAEL
>
>

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
### 6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
### TIANJIN CHINA

# INVOICE

To: KWANG TRADING CO.,LTD SEOUL

    Dongdaemun-gujangan-dong

    RM.806,KWANG PYUNG B/D,414-7

Date:2003/06/26

INVOICE No.: KT0303

S/C NO KT0303

SHIPMENT FROM TIANJIN CHINA TO BUSAN KOREA BY SEA

L/C NO.: M07RW305ES00057

| PO/STÝ/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| POINTELLE HOODED TIE-FRONT DUSTER (100% ACRYLIC) SWEATER | | | |
| PO#0333 STYLE#79069M | 6078 | FOB CHINA 0.20 | 1215.60 |
| STYLE#79070M | 5934 | FOB CHINA 0.20 | 1186.80 |
| **************************************************************** | | | |
| TOTAL:12012PCS | | | USD2402.40 |

TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD

X. Hi, Michael.

Regarding this shipment. Kwang Trading refuse to

BANK OF CHINA
中国银行

借 记 通 知

致 TIANJIN RUIFENG KNITTING IMP AND EXP. CO.

通知书

日期: 2003.08.07

| 交易号 KT0303 | | |
| 我行编号 BPZ0003A04128 | 金　额 USD27,027.00 | 信用证号 M07RV305ES00057 |

上述收多项下业经收妥汇款 USD26,003.00，业已记入收 001077070708991001 账户，特此奉

后，我行已于即日将 RMB214,482.17 贷记入贵户

关：

押汇利率：0.0000000%
押汇金额：USD0.00
押汇利息：USD0.00
打包利率%天数：0
打包放息利率0.0000000%天数：0
打包贴息利息：0.00
打包利息：0.00

共记扣款：USD0.00
汇率（USD/RMB）8.2566000

账户性质号：12023A0033
柜员号：EA04

中国银行天津市分行

Exhibit A.IV

4 -1

 **Hotmail®**  limei741023@hotmail.com  **Inbox** | **Previous Page**

**From :** Michaelmkpark@aol.com

**To :** LIMEI741023@HOTMAIL.COM

**CC :** Curieh@aol.com

**Subject :** r/c/n/s tank tops quality problems

**Date :** Thu, 20 Mar 2003 21:41:33 EST

melinda,

it is very difficult to find out any regular customer for the bad quality tank tops, specially for the Dirty & Wrong size specs.

pls discuss with factory if they can accept to sell the goods with 50% discount, then i may be able to find Discount Buyer soon.

pls confirm, MP

Michael Park

CNJ  INTERNATIONAL

1385 Broadway, Suite #601

New York, NY 10018

(Tel)  212-391-4479    (Fax) 212-391-4497

(Cel)  201-394-9642    (Fax) 201-944-9682

 **Hotmail**® limei741023@hotmail.com **Inbox** | **Previous Page**

---

**From :** Michaelmkpark@aol.com
**To :** limei741023@hotmail.com
**CC :** Curleh@aol.com
**Subject :** Re: r/c/n/s tank tops quality problems
**Date :** Wed, 26 Mar 2003 20:35:30 EST

In a message dated 3/25/2003 9:48:48 PM Eastern Standard Time, limei741023@hotmail.com writes:

> HI,MICHAEL,
>
> THANK YOU FOR YOUR E-MAIL.
> I HAVE DISCUSSED WITH THE FACTORY VERY HARD ABOUT THE R/C/N/S
> QUALITY
> PROBLEMS.
> FINALLY THEY ACCEPT 50% DISCOUNT.
> PLS TRY TO FIND ANOTHER DISCOUNT BUYER.
> I WILL APPRECIATE YOUR EFFORT ABOUT IT.
>
>
> BEST REGARDS
> MELINDA LEE

*I WILL TRY MY BEST TO FIND OUT DISCOUNT BUYER ASAP.*
Michael Park
CNJ  INTERNATIONAL
1385 Broadway, Suite #601
New York, NY 10018
(Tel)  212-391-4479    (Fax) 212-391-4497
(Cel)  201-394-9642    (Fax) 201-944-9682

TIANJIN RUIFENG KNITTING IMPORT AND EXPORT CO., LTD
6. NANNIWAN ROAD. WEST TOHUANGHE STREET, NANKAI DISTRICT, TIANJIN CHINA

# INVOICE

BY ORDER AND ACCOUNT AND RISK OF MESSRS:        INVOICE NO: CNJ-0302
CNJ INTERNATIONAL                                            DATE:JAN,18,2003
62 CENTER ST, ENGLEWOOD CLIFFS,                   CONTRACT NO.:CNJ0302
CLIFFS, NJ 07632                           L/C NO.:L075973 TRANSFER NO.:  PAT23054

BY AIR FROM SHANGHAI PORT CHINA TO NEW YORK U.S.A.
SHIPPED PER ON OR ABOUT: JAN,25.2002

| MARKS & NOS. | DESCRIPTION | QNTY (PCS) | UNIT PRICE (USD/PC) | AMOUNT (USD) |
|---|---|---|---|---|
| T S P | YOUNG LADIES SWEATERS 12GG RAMIE 52 PCT COTTON 28 PCT NYLON 17 PCT SPANDEX 3 PCT TANK TOP STRIPE HTS#6110900079  PO NO.:2848  STYLE: 0016 | 4776 | 3.10 | 14805.60 |
| THE SWEATER PLACE PO#:2848 STYLE#:0016 QTY: C/T NO:____OF_____ MADE IN CHINA | | | | |
| T S P | YOUNG LADIES SWEATER 12GG RAMIE 52 PCT COTTON 28 PCT NYLON 17 PCT SPANDEX 3 PCT TANK TOP  HTS#6110900079  PO NO.:2847  STYLE: 0039 | 9600 | 2.75 | 26400.00 |
| THE SWEATER PLACE PO#:2847 STYLE#:0039 QTY: C/T NO:____OF_____ MADE IN CHINA | | | | |

TO:               大津瑞丰针织进出口有限公司
                  TIANJIN RUIFEN.            & EXP. CO.,LTD.                   USD41205.60
                                                                        FOB CHINA
                        TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD.

Case 1:08-cv-02748-LAK    Document 1-7    Filed 03/14/2008    Page 54 of 63

# INVOICE

4-4

| BY ORDER AND ACCOUNT AND RISK OF MESSRS: | | INVOICE NO: CNJ-0303 |
|---|---|---|
| CNJ INTERNATIONAL | | DATE:FEB,10,2003 |
| 62 CENTER STREET, ENGLEWOOD CLIFFS, | | CONTRACT NO.:CNJ0303 |
| NJ 07632 USA | L/C NO.: L075777 TRANSFER NO.: PAT22534A | |

BY AIR FROM SHANGHAI PORT CHINA TO TORONTO CANADA

SHIPPED PER ON OR ABOUT: FEB,20,2003

| MARKS & NOS. | DESCRIPTION | QNTY (PCS) | UNIT PRICE (USD/PC) | AMOUNT (USD) |
|---|---|---|---|---|
| | TANK TOP STRIPES | 2628 | 3.10 | 8146.80 |
| | PO NO.:2860   STYLE:0016 | | | |
| LE CHATEAU INC | HTS#6110909019 | | | |
| THE SWEATER PLACE | | | | |
| PO#:43967-C-1 | | | | |
| STYLE#:0016 | | | | |
| QTY: | | | | |
| C/T NO:____OF____ | | | | |
| MADE IN CHINA | | | | |

| TOTAL: | | 2628PCS | USD8146.80 |
|---|---|---|---|
| | | | FOB CHINA |

TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD.

4-5

TIANJIN RUIFENG KNITTING IMPORT AND EXPORT CO., LTD

6, NANNIWAN ROAD, WEST TOHUANGHE STREET, NANKAI DISTRICT, TIANJIN CHINA

# PACKING LIST

BY ORDER AND ACCOUNT AND RISK OF MESSRS:

CNJ INTERNATIONAL

62 CENTER ST, ENGLEWOOD CLIFFS,

CLIFFS, NJ 07632

INVOICE NO: CNJ-0302

DATE:JAN,18,2003

CONTRACT NO.:CNJ0302

L/C NO.:L075973 TRANSFER NO.:  PAT23054

BY SEA FROM SHANGHAI PORT CHINA TO NEW YORK U.S.A.

SHIPPED PER ON OR ABOUT: FEB.01,2003

| MARKS & NOS. | CTN NO. | COLOR | PCS/CTN | S | M | L | CTNS | QNTY | G.W. | N.W. |
|---|---|---|---|---|---|---|---|---|---|---|
| **T S P** | YOUNG LADIES SWEATER 12GG RAMIE 52 PCT COTTON 28 PCT NYLON 17 PCT SPANDEX 3 PCT TANK TOP STRIPE HTS#6110900079 | | | | | | | | | |
| | PO NO.:2848 STYLE: 0016 | | | | | | | | | |
| THE SWEATER PLACE | 1-49 B/S/W | 48 | 8 | 24 | 16 | 49 | 2352 | 343 | 284.2 | |
| PO#:2848 | 50  B/S/W | 24 | 4 | 12 | 8 | 1 | 24 | 7 | 5.8 | |
| STYLE#:0016 | 51-75 R/W/B | 48 | 8 | 24 | 16 | 25 | 1200 | 175 | 145 | |
| QTY: | 76-100 B/O/W | 48 | 8 | 24 | 16 | 25 | 1200 | 175 | 145 | |
| C/T NO:____OF_____ | | | | | | | | | | |
| MADE IN CHINA | | | | | | | | | | |
| **T S P** | YOUNG LADIES SWEATER 12GG RAMIE 52 PCT COTTON 28 PCT NYLON 17 PCT SPANDEX 3 PCT TANK TOP STRIPE HTS#6110900079 | | | | | | | | | |
| | PO NO.:2847 STYLE: 0039 | | | | | | | | | |
| THE SWEATER PLACE | 1-50 | WHITE | 48 | 8 | 24 | 16 | 50 | 2400 | 350 | 290 |
| PO#:2847 | 51-100 | BLACK | 48 | 8 | 24 | 16 | 50 | 2400 | 350 | 290 |
| STYLE#:0039 | 101-150 | KHAKI | 48 | 8 | 24 | 16 | 50 | 2400 | 350 | 290 |
| QTY: | 151-200 | OLIVE | 48 | 8 | 24 | 16 | 50 | 2400 | 350 | 290 |
| C/T NO:____OF_____ | | | | | | | | | | |
| MADE IN CHINA | | | | | | | | | | |

TOTAL:

G.W.:3100KGS   N.W.   30KGS   300CTNS   14376PCS

N.    CTN=58CM X 36    91CM

TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD.

4-6

TIANJIN RUIFENG KNITTING IMPORT AND EXPORT CO., LTD

6, NANNIWAN ROAD, WEST TOHUANGHE STREET, NANKAI DISTRICT, TIANJIN CHINA

# PACKING LIST

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
BY ORDER AND ACCOUNT AND RISK OF MESSRS:    INVOICE NO: CNJ-0303-1

LE CHATEAU INC.                    DATE:FEB,10,2003 TRANSFER NO.: PAT23054

CDN DISTR CTR#89, 5693 RUE FERRIER MONTREAL,    CONTRACT NO.:CNJ0303

QUEBEC CANADA, H4P 1N1, 514-738-7000        L/C NO.: L075973

BY AIR FROM SHANGHAI PORT CHINA TO TORONTO CANADA

SHIPPED PER ON OR ABOUT: FEB,20,2003

| MARKS & NOS. | CTN NO. | COLOR | PCS/CTN | S | M | L | CTNS | QNTY | G.W. | N.W. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LADIES KNIT TOPS | HTS#6110909019 | | | | | | | |
| | | PO NO.:43967-C-1 | STYLE:0016 | | | | | | | |
| LE CHATEAU INC | 1-27 | B/S/W | 48 | 8 | 24 | 16 | 27 | 1296 | 189 | 156.60 |
| | 28-54 | R/W/B | 48 | 8 | 24 | 16 | 27 | 1296 | 189 | 156.60 |
| THE SWEATER PLACE | 55 | R/W/B | 36 | 6 | 18 | 12 | 1 | 36 | 7 | 5.80 |

PO#:43967-C-1

STYLE#:0016

QTY:

C/T NO:_____OF____

MADE IN CHINA

TOTAL:55CTNS   2628PCS

G.W.:385.00KGS   N.W.:319.00KGS

55CTNS=5M3   1CTN=54CMX33CMX50CM

B=BLACK; S=SAND; R=RED; W=WHITE

TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD

天津瑞丰针织品进出口有限公司
TIANJIN RUIFENG KNITTING IMP. & EXP. CO.,LTD.

TIANJIN RUIFENG KNITTING IMP. & EXP. CO.,LTD.
6 NNNIWAN ROAD WEST TO HUANGHE
STREET, NANKAI DISTRICT, TIANJIN CHINA

**B/L NO.**

S03020023SH

Consignee

TO CNJ INTERNATIONAL

# PHOENIX
INTERNATIONAL

# BILL OF LADING

PHOENIX INT'L FREIGHT SERVICES LTD.

上海定展航运有限公司

Notify Party

CNJ INTERNATIONAL

| Place of Receipt | PORT OF LOADING | Pro Carriage by |
|---|---|---|
| | SHANGHAI | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | OCEAN VESSEL VOY NO. |
| TACOMA | NEW YORK, NY | LT POPULAR V.0044-175E |

| Marks and numbers. | Number and kind of packages; | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| 1X20' | 300CTNS | | | 11.000 CBM |
| T S P<br>SWEATER PLACE<br>2843<br>P#0013 | | TANK TOP STRIPE RTS#6110900079<br>PO NO.:2843  STYLE:0013 | | 2,100.00 KIS |
| T S P<br>IN CHINA | | TANK TOP RTS#6110900079<br>PO NO.:2847  STYLE:0039 | | |
| SWEATER PLACE<br>2847<br>P#0039 | | EISU3468187/003720/CFS-CY | | |
| IN CHINA | | THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIAL. | | ON BOA.. |

SAY TOTAL THREE HUNDRED (300) CTNS ONLY.    "FREIGHT COLLECT"    0 1 FEB 2003

| FREIGHT & CHARGE | REVANUE TONS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|

according to the declaration of the consignor

The goods and instructions are accepted and dealt with subject to the Standard conditions printed overleaf.
Taken in charge in apparent good order and condition unless otherwise noted herein at the place of receipt for transport and delivery as mentioned above.
... of ... combined Transport Bills of ... ing must be surren... ... orsed in exchange ... In Witness where ... ... ... Combined.
... ... ... ading all of this ... ... have been sign... ... ... stated below one ... ... ... accomplished the ... ... to be void.

| Freight amount | Freight Payable at | Place and date of issue |
|---|---|---|
| Cargo insurance through the undersigned<br>[] not covered  [] Covered according to<br>attached Policy | DESTINATION | FEB 1, 2003  SHANGHAI |
| | Number of Original FBL's | Stamp and signature |
| For delivery of goods please apply to | THREE (3) | PHOENIX INT'L FREIGHT SERVICES LTD. |

ENIX INT'L FREIGHT SERVICES L.D. (NEWARK)

TIANJIN RUIFENG KNITTING IMP.&EXP.
CO., LTD.

CARRIER'S ORIGINAL

INTERNATIONAL

**NOT NEGOTIABLE AIR WAYBILL**
(AIR CONSIGNMENT NOTE) ISSUED BY

**PHOENIX INT'L FREIGHT SERVICES LTD.**

A-8

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CNJ INTL<br>C/O WORLDWIDE CHAIN<br>511 HAGER AVENUE<br>BURLINGTON,ONTARIO 17S 1P2 | |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS' LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

Agent's IATA Code          Account No.

Accounting Information

Airport of Departure (Addr. of first Carrier) and requested Routing

SHANGHAI,CHINA

FREIGHT COLLECT

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AC | | | | | | USD | | XX | XX | NVD | NCV |

| Airport of Destination | Flight/Date | For Carrier Use only | Flight/Date | Amount of Insurance |
|---|---|---|---|---|
| MONTREAL | AC038 | FEB-21-2003 | | |

INSURANCE if shipper requests insurance in accordance with conditions on reverse hereof indicate amount to be insured in figures in box marked Amount of insurance

Handling Information

NOTIFY: PETER MOELLER
     TEL: 888-297-7441          FAX: 905-634-0083

| No of Pieces RCP | Gross Weight | | Rate Class Commodity Item No | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 55 | 419.0 | K | Q | 419.0 | | | LADY'S KNIT TOPS<br>PO#:43967-C-1<br>L/C:L075777<br>TRANSFER NO.PAT22534A<br><br>VOL:2.176CBM |

THE SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total other Charges Due Agent | | |
| | Total other Charges Due Carrier | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Dangerous Goods Regulations. or the International and Civil Aviation Organization & Instructions For the Safe Transport of Dangerous Goods By Air, as

PHOENIX INT'L FREIGHT SERVICES LTD.

Signature of Shipper or his Agent

| Total prepaid | Total collect |
|---|---|

| Currency Conversion Rates | cc charges in Dest Currency |
|---|---|

TINA LUAN /FEB.21.

| For Carrier's only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|
| | (Date) | at          (place)     Signature of Issuing Carrier or its Agent |

Exhibit A.V

$f-1$

## TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT, TIANJIN CHINA

# Sales Confirmation

To: KWANG-TRADING CO.,LTD.
ROOM806 KWANG PYUNG B/D #414-7
JANGAN-DONG,DONGDAEMOON-KU,SEOUL,KOREA
TEL:02-2243-6267/8 FAX:02-2243-6269

Date:JUL.23.2002
S/C No.: KT01

The undersigned Sellers and Buyers have agreed to close the following transactions according to the terms and conditions stipulated below.

| Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| PO#103791 STYLE#60753 | | | |
| 100% RAYON HAND CROCHET ONE SLEEVE | | | |
| | 4800 | FOB CHINA 6.00 | |
| PO#104172 STYLE#60714 | | | 28800.00 |
| 100% RAYON HAND CROCHET LONG SLEEVE WITH EMBROIDERY | | | |
| | 4200 | FOB CHINA 6.00 | |
| | | | 25200.00 |
| PO#104198 STYLE#60715 | | | |
| 100% RAYON HAND CROCHET LONG SLEEVE CARDIGAN | | | |
| | 4200 | FOB CHINA 6.00 | |
| | | | 25200.00 |
| | TOTAL13200PCS | | USD79200.00 |

REMARKS:

1. OTHER DETAILS AS PER ORDER.

TOTAL VALUE: SAY U.S.DOLLARS
SEVENTY-NINE THOUSAND TWO HUNDRED ONLY.

SHIPMENT DATE:

PAYMENT:SIGHT L/C

PORT OF LOADING:QINGDAO,CHINA

DESTINATION: BUSAN,KOREA

THE BUYER SIGNATURE:

THE SELLER SIGNATURE:

Melinda lee

DEDUCTED FROM THE PROCEEDS OF THE PAYMENT WHEN EFFECTED

0035/25 08;49;20
S700

Issue of a Documentary Credit

Logical Terminal PC
Page 0000
Func T;ADF

*.LL DRAFTS MUS   BE MARKED DRA N UNDER ISRAEL DISCOUNT BAN  O
NEW YORK, NEW YOR  STATING THE DOCUMENTARY CREDIT NUMBER AND THE
DATE OF THIS CREDIT.
*THIS LETTE  OF CREDIT I  SUBJECT TO UCP 500 (1993 EDITION)
CO PUBLICA;  NO.500.

Details of Cha...  71 3 :  BANKING CHA   GES EXCEPT F..
ISSUING BANK'S CHARGES ARE FOR
BENEFICIARY'S ACCOUNT.

Presentation Period  48  :  DOCUMENTS MUST BE PRESENTED
WITHIN 21 DAYS AFTER ISSUANCE
OF THE TRANSPORT DOCUMENT BUT
WITHIN THE VALIDITY OF THIS CREDIT

Confirmation        49  :  WITHOUT
Instructions        78  :
ALL DOCUMENTS TO BE DESPATCHED TO US AT ISRAEL DISCOUNT BANK OF
NEW YORK, 511 FIFTH AVE, NEW YORK N.Y.  10017 IN ONE LOT.

Trailer  :
Order in ... SET:  MAC:      CHK:   TNG:   KPB:

# INVOICE

To: PSTEX GROUP INC

Date:2003/10/10

INVOICE No.: PSTEX-2003-01

S/C NO. PSTEX-2003-01

SHIPMENT FROM TIANJIN CHINA TO LOS ANGELES U.S.A. BY SEA

L/C NO:L076780

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| FGL53908   LADIES LUREX SWEATER  RAMIE/COTTON/NYLON/SPANDEX/LUREX | | FOB TIANJIN CHINA | |
| | 14100 | USD4.65 | USD65565.00 |

**************************************************************************

**TOTAL: 14100 PCS**                                      USD65565.00

For and on behalf of

天津瑞丰针织品进出口有限公司

TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD.

Authorized Signature(s)

TIANJIN JINGHAI ECONOMIC DEVELOPMENT AREA WEST ... NO.18 STREET INDUSTRY DISTRICT
TIANJIN CHINA

# INVOICE

6-3

To: PSTEX GROUP INC.

Date:2003/10/17
INVOICE No.: PSTEX-2003-01(1)
S/C NO. PSTEX-2003-01

SHIPMENT FROM TIANJIN CHINA TO LOS ANGELES U.S.A. BY SEA

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| FGL53908   LADIES LUREX SWEATER     FOB TIANJIN CHINA | | | |
| RAMIE/COTTON/NYLON/SPANDEX/LUREX | | | |
| | 14700 | USD4.65 | USD68355.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TOTAL: 14700 PCS                                    USD68355.00

for and on behalf of
天津市华丰针织品进出口有限公司
TIANJIN HUAFENG KNITTING IMP.& EXP.CO.,LTD.

...........................................
Authorized Signature

12

TIANJIN RUIFENG KNITTING IMP.&EXP.CO., LTD.
NANNIWAN ROAD WEST TO HUANGHE STREET NANKAI DISTRICT
TIANJIN CHINA

# INVOICE

6-4

To: PSTEX GROUP INC.

Date:2003/10/22

INVOICE No.: PSTEX-2003-01(2)

S/C NO. PSTEX-2003-01

SHIPMENT FROM QINGDAO CHINA TO LOS ANGELES U.S.A. BY SEA

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| FGL53908    LADIES LUREX SWEATER RAMIE/COTTON/NYLON/SPANDEX/LUREX | | FOB TIANJIN CHINA | |
| | 9666 | USD4.65 | USD44946.90 |

**********************************************************************

TOTAL:9666 PCS                                          USD44946.90

For and on behalf of
TIANJIN RUIFENG KNITTING IMP.& EXP.CO., LTD.

Authorized Signature

SHIPPED ON OCT. 25

TIANJIN RUIFENG KNITTING IMP & EXP CO LTD
NANNIWAN ROAD, WEST HE DONG GIE SINDIAN
TIANJIN CHINA

# INVOICE

To: PSTEX GROUP INC.

Date:2003/10/22

INVOICE No.: PSTEX-2003-01(3)

S/C NO. PSTEX-2003-01

SHIPMENT FROM BEIJING CHINA TO LOS ANGELES U.S.A. BY AIR

| PO/STY/ Description | Quantity(pcs) | Unit price (USD/pcs) | Amount (USD) |
|---|---|---|---|
| FGL53908    LADIES LUREX SWEATER | | FOB CHINA | |
| RAMIE/COTTON/NYLON/SPANDEX/LUREX | | | |
| | 8298 | USD4.65 | USD38585.70 |

**************************************************************************

TOTAL: 8298 PCS | USD38585.70

For and on behalf of
天津瑞丰针织品进出口有限公司
TIANJIN RUIFENG KNITTING IMP & EXP.CO.,LTD.

Authorized Signature

14

6 NANNIWAN ROAD WEST TO HUANGHE STREET NANKAI DISTRICT
TIANJIN CHINA

# PACKING LIST

To: PSTEX GROUP INC.

Date:2003/10/10

INVOICE No.: PSTEX-2003-01

S/C NO. PSTEX-2003-01

SHIPMENT FROM TIANJIN CHINA TO LOS ANGELES U.S.A. BY SEA

| STYLE | CARTON NO. | CTNS | COLOR | PCS |
|-------|-----------|------|-------|-----|
| FGL53908 | LADIES KNITTED SWEATER | | | |
| | RAMIE/COTTON/NYLON/SPAN | | | |
| | 1B-800B | 800 | RED | 4800 |
| | 801B-1340B | 540 | PINK | 3240 |
| | 1341B-1682B | 342 | WHITE | 2052 |
| | 1683B-2350B | 668 | BLACK | 4008 |

TOTAL:                          2350CTNS              14100PCS

G.W.:8460KGS    N.W.:7520 KGS    MEAS:64.5M3

ror and on behalf of
天津瑞丰针织品进出口有限公司
TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD.

Authorized Sign..

15

6 NANNIWAN ROAD WEST TO HUANGHE STREET HANKAI DISTRICT
TIANJIN CHINA

# PACKING LIST

To: PSTEX GROUP INC.

Date:2003/10/17

INVOICE No.: PSTEX-2003-01(1)

S/C NO. PSTEX-2003-01

SHIPMENT FROM TIANJIN CHINA TO LOS ANGELES U.S.A. BY SEA

| STYLE | CARTON NO. | CTNS | COLOR | PCS |
|-------|-----------|------|-------|-----|
| FCL53908 | LADIES KNITTED SWEATER | | | |
| | RAMIE/COTTON/NYLON/SPAN | | | |
| | 1F-550F | 550 | RED | 3300 |
| | 551F-950F | 400 | PINK | 2400 |
| | 951F-1350F | 400 | WHITE | 2400 |
| | 1351F-1850F | 500 | BLACK | 3000 |
| | 1851F-2450F | 600 | BLACK | 3600 |

TOTAL:                          2450CTNS              14700PCS

G.W.:3820KGS    N.W.:7350KGS    MEAS:43.12M3

ror and on behalf of
天津瑞丰针织品进出口有限公司
TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD.

Authorized Signature

**TIANJIN RUIFENG KNITTING IMP & EXP CO.,LTD**
**6 NANNIWAN ROAD, WEST TO HUANGHE STREET, NANKAI DISTRICT**
**TIANJIN CHINA**

# PACKING LIST

To: PSTEX GROUP INC.

Date:2003/10/22
INVOICE No.: PSTEX-2003-01(2)
S/C NO. PSTEX-2003-01

SHIPMENT FROM QINGDAO CHINA TO LOS ANGELES U.S.A. BY SEA

| STYLE | CARTON NO. | CTNS | COLOR | PCS |
|-------|-----------|------|-------|-----|
| FGL53908 | LADIES LUREX SWEATER | | | |
| | RAMIE/COTTON/NYLON/SPANDEX/LUREX | | | |
| | 1G-460G | 460 | PINK | 2760 |
| | 461G-495G | 35 | BLACK | 210 |
| | 496G-689G | 194 | WHITE | 1164 |
| | 690G-1011G | 322 | BLACK | 1932 |
| | 1012G-1311G | 300 | BLACK | 1800 |
| | 1312G-1611G | 300 | RED | 1800 |

TOTAL:                              1611CTNS                    9666PCS

G.W.:5799.6KGS      N.W.:4833 KGS      MEAS:28.35M3

For and on behalf of
天津市瑞丰针织进出口有限公司
TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD

*Authorized Sign.*

TIANJIN RUIFENG KNITTING IMP.&EXP.CO.,LTD
6 NANNIWAN ROAD,WEST TO HUANGHE STREET,NANKAI DISTRICT,
TIANJIN CHINA

# PACKING LIST

To: PSTEX GROUP INC.

Date:2003/10/22
INVOICE No.: PSTEX-2003-01(3)
S/C NO. PSTEX-2003-01

SHIPMENT FROM BEIJING CHINA TO LOS ANGELES U.S.A. BY AIR

| STYLE | CARTON NO. | CTNS | COLOR | PCS |
|-------|-----------|------|-------|-----|
| FGL53908 | LADIES LUREX SWEATER | | | |
| | RAMIE/COTTON/NYLON/SPANDEX/LUREX | | | |
| | 1H-1073H | 1073 | BLACK | 6438 |
| | 1074H-1383H | 310 | RED | 1860 |

TOTAL:                          1383CTNS                8298PCS

G.W.:4978.8KGS    N.W.:4149 KGS    MEAS:24.34M3

for and on behalf of
天津瑞丰针织品进出口有限公司
TIANJIN RUIFENG KNITTING IMP.& EXP.CO.,LTD.

Authorized Signature(s)

# FOREIGN TRADE TRANSPORTATION CO

| | |
|---|---|
| **Shipper/Exporter(complete name and address)** | **Document No.** 13301460 |
| TIANJIN RUIFENG KNITTING IMP & EXP CO.,LTD<br>6 NANNIWAN ROAD,WEST TO HUANGHE STREET<br>NANKAI DISTRICT TIANJIN CHINA | **Export references** |
| **Consignee (complete name and address)**<br><br>TO ORDER OF ISRAEL DISCOUNT<br>BANK OF NEW YORK N.Y. LC NO.L076780 | **Forwarding agent-reference.**<br>Brilliant Logistics Group.<br><br>**Point and country of origin** |
| **Notify party (complete name and address)**<br><br>PSTEX GROUP INC. | **Domestic routing/Export instructions** |

| Place of receipt | Precarriage by | For Delivery Apply To:- |
|---|---|---|
| **Vessel** XI BO HE  V.058E | **Port of Loading** XINGANG,CHINA | BRILLIANT LOGISTICS GROUP INC.<br>5777 W.CENTURE BLVD., SUITE 1475<br>LOS ANGELES, CA 90045 U.S.A. |
| **Port of discharge** LOS ANGELES | **Place of delivery** | E-MAIL:BLGLA@UBRILLIANT.COM<br>ATTN:IMPORT DEPARTMENT<br>TEL:310-643-7418  FAX:310-643-9023 |

## PARTICULARS FURNISHED BY SHIPPER

| Marks and numbers | No of pkgs. | Description of packages and goods | Gross weight | Measurement |
|---|---|---|---|---|
| WALMART<br>FACILITY<br>PO TYPE JF16<br>DEPARTMENT 00034<br><br>SUPPLIER STOCK NUMBER FGL51904<br>CASE QUANTITY 6<br>CASE GROSS WEIGHT 3.6KGS<br>CASE VOLUME 0.027 CFM<br>MADE IN CHINA<br>CASE OF | 2350 CTNS | LADIES LUREX SWEATER | 8460 KGS | 64.5 M3 |
| CN/SN:  CY-CY/1X40'GP + 1X20'GP<br>CBHU0742676/V49993/20'<br>CBHU1437164/H62786/40' | | | | |
| TOTAL:  TWO THOUSAND THREE HUNDRED FIFTY CTNS ONLY. | | | | |

COPY
NON-NEGOTIABLE

| FREIGHT COLLECT | Prepaid | Collect | |
|---|---|---|---|
| | | | In accepting this Bill of Lading any local customs or privileges to the contrary notwithstanding the Shipper,Consignee and Owner of the Goods and the Holder of this Bill of Lading agree to be bound by all stipulations,exceptions and conditions stated herein whether written,printed,stamped or incorporated on the front or reverse side hereof,as fully as if they were all signed by such Shipper,Consignee,Owner or Holder.<br>IN WITNESS WHEREOF three(3)Bill of Lading all of this tenor and date have been signed one whereof being accomplished,the others to stand void, |
| THREE | | | JIANGSU GLOBE<br><br>FOREIGN TRADE TRANSPORTATION CO. |

NANNIWAN
ROAD,WEST TO HUANGHE STREET
NANKAI DISTRICT,TIANJIN CHINA

EXPORT REFERENCES

| CONSIGNEE (COMPLETE NAME AND ADDRESS) | FORWARDING AGENT-REFERENCES |
|---|---|
| TO ORDER OF ISRAEL DISCOUNT<br>BANK OF NEW YORK N.Y. LC<br>NO.L076780 | FMC NO. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

NOTIFY PARTY (COMPLETE NAME AND ADDRESS): It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse)

PSTEX GROUP INC.

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | | PLACE OF RECEIPT | | |
|---|---|---|---|---|
| | | TIANJIN,CHINA | | |
| VESSEL/VOYAGE/FLAG | UK | PORT OF LOADING | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT |
| SEA BREEZE 023.E | | TIANJIN,CHINA | | TIANJIN |
| PORT OF DISCHARGE | | PLACE OF DELIVERY | | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
| LOS ANGELES U.S.A. | | LOS ANGELES U.S.A. | | |

| ( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL ) | PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER | | | |
|---|---|---|---|---|
| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H<br>M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
| RLU6380796  /OOLF123833  /  2450 CARTONS   /PCL / FCL   /40GP/ | | | | | |
| SEE ATTACHED | 2450<br>CARTONS | | LADIES LUREX SWEATER | 8820.000KGS | 43.120CBM |
| TOTAL: | 2450<br>CARTONS | | | 8820.000KGS | 43.120CBM |

OCEAN FREIGHT COLLECT

TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED
BY CARRIER FOR THE PURPOSE OF CALCULATION OF PACKAGE
LIMITATION (IF APPLICABLE):    1 CONTAINER(S)/PACKAGE(S)

DESTINATION CHARGES COLLECT PER LINE TARIFF,
AND TO BE COLLECTED FROM THE PARTY
WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO

NOTICE 1: For carriage to or from the United States of America, all Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA"), unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and but it cannot on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof. Hereto to Endorses and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.
Declared Cargo Value US$ _____. If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT / BY:

| CODE | TARIFF ITEM | FREIGHTED AS | SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE | |
|---|---|---|---|---|---|---|
| | | | RATE | PREPAID | | |
| | | | | | COLLECT | |

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered at Merchant provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof   3   original bills of lading have been signed, one of whom being accomplished, the other to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o
21 OCT 2003

DATED
21 OCT 2003

printed terms and conditions appearing on the face and reverse
of this Bill of Lading are available at www.oocl.com, in OOCL's
published US tariffs, and in pamphlet form.
STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
SEE CLAUSE 1 ON REVERSE SIDE
SEE CLAUSE 2 ON REVERSE SIDE
F001
OD 01/01

FOR ORIENT OVERSEAS CONTAINER LINE
BY (CHINA) CO., LTD

as agent for

ORIENT OVERSEAS CONTAINER
LINE LTD ,AS CARRIER

21

TIANJIN RUIFENG KNITTING
IMP.&EXP.CO.,LTD. 6 NANNIWAN
ROAD,WEST TO HUANGHE STREET
NANKAI DISTRICT,TIANJIN,CHINA

**EXPORT REFERENCES**

**CONSIGNEE (COMPLETE NAME AND ADDRESS)**

TO ORDER OF ISRAEL DISCOUNT
BANK OF NEW YORK N.Y.
LC NO.L076780

**FORWARDING AGENT-REFERENCES**
**FMC NO.**

**POINT AND COUNTRY OF ORIGIN OF GOODS**

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**  (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))

PSTEX GROUP INC.
1410 BROADWAY 34FL NYC.NY
10018
TEL:001-646-3661960
FAX:001-646-3661970

**ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS**

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT**
QINGDAO

**VESSEL/VOYAGE/FLAG**  LIBERIA
OOCL FRANCE 19E43

**PORT OF LOADING**
QINGDAO PORT

**LOADING PIER / TERMINAL**

**ORIGINALS TO BE RELEASED AT**
TIANJIN

**PORT OF DISCHARGE**
LOS ANGELES

**PLACE OF DELIVERY**
LOS ANGELES

**TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OLU7289612 / F095059 | / | | 1611 CARTONS    /FCL / FCL | /40GP/ | |
| WALMART FACILITY DC TYPE 0010 DEPARTMENT 0034 | 1611 CARTONS | | LADIES LUREX SWEATER | 5799.600KGS | 28.350CBM |
| SUPPLIER STOCK NUMBER FGL53908 CASE QUANTITY 6 CASE GROSS WEIGHT 3.6 KGS CASE VOLUME .027 CBM MADE IN CHINA CASE OF | | | | | |

CHECK "HM" COLUMN IF HAZARDOUS MATERIAL    **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

**     ** TO BE CONTINUED ON ATTACHED LIST **     **

NOTICE 1: For carriage to or from the United States of America, the Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability in respect of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA").
NOTICE 2: See Clause 26 on the reverse side hereof. Notice to Endorse and/or holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.
Declared Cargo Value US$    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

**FREIGHT & CHARGES PAYABLE AT / BY:**

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE | |
| | | | | | |

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof  **3**  original sets of Lading have been signed, one of which being accomplished, the other(s) to be void.

**DATE CARGO RECEIVED**

**DATE LADEN ON BOARD**
25 OCT 2003

**DATED**
25 OCT 2003

**SIGNED** ORIENT OVERSEAS CONTAINER LINE CO., LTD
(CHINA)  ... as agent for

ORIENT OVERSEAS CONTAINER
LINE LTD., AS CARRIER

The terms and conditions appearing on the face and reverse this Bill of Lading are available at www.oocl.com, in OOCL's and US tariffs, and in pamphlet form.
LIKE OUT FOR ON BOARD VESSEL'S BILL OF LADING
CLAUSE 1 ON REVERSE SIDE
CLAUSE 2 ON REVERSE SIDE
01/01.

21

| MARKS & NUMBERS | QUANTITY | | | DESCRIPTION OF GOODS | | |
|---|---|---|---|---|---|---|
| TOTAL: | 1611 CARTONS | | | | 5799.600KGS | 28.350CBM |

OCEAN FREIGHT COLLECT

TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED
BY CARRIER FOR THE PURPOSE OF CALCULATION OF PACKAGE
LIMITATION (IF APPLICABLE)    1 CONTAINER(S)/PACKAGE(S)

DESTINATION CHARGES COLLECT PER LINE TARIFF,
AND TO BE COLLECTED FROM THE PARTY
WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO
"SHIPPER'S LOAD, STOW AND COUNT,"
CONTAINER(S) SEALED BY SHIPPER

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY:    (CHINA) CO., LTD

ORIENT OVERSEAS CONTAINER
LINE LTD ,AS CARRIER

中国银行 天津市分行
BANK OF CHINA
TIANJIN BRANCH

# 贷记通知

致: TIANJIN RUIFENG KNITTING IMP. AND EXP. CO.

日期: 2003/11/14

总票号 PSTEX-2003-01(2)
我行编号 BP20003A06518
汇票 USD44,946.90

径启者:

(信用证号 1.0767K0)

上述业务项下实际收汇额 USD44,771.90, 扣监帐已应页负担的下列款项后, 我行已于即日将 RMB369,351.17 存记你 0010777070800910001 帐户, 特此通知。

押汇利率 0.000000%
押汇金额 USD0.00
押汇利息 USD0.00
打包利率%天数 0
打包利息USD金额 0.000000%天数 0
打包金额 0.00
打包利息 0.00

其它扣款 USD0.00
汇率 (USD/RMB):8.264600

经销员编号: 12631702Z
柜员号: EA04

预布通知费: RMB0.00
通知保兑费: RMB0.00
修改费: RMB30.00
议付承兑付款费 RMB0.00
电报费 RMB0.00
邮费 RMB465.71
邮费 RMB205.00
无免批手续费: USD0.00
汇费 USD
国外银行费用 USD175.00

申报号: 120000 0001 01 2003/11/14 0107

中国银行天津市分行

07/ 1-12 40 2885

中国银行 天津市分行
BANK OF CHINA
TIANJIN BRANCH

贷记通知

致：TIANJIN RUIFENG KNITTING IMP. AND EXP. CO.
迳启者：

日期：2003/12/04

发票号 PSTEX-2003-01/(1)    金额 USD  1133,920.00
我行编号 BP20003A06446    信用证号L07O    7801  个月 1小时

上述业务所下实际收汇额 USD133,745.00，扣   133,745.00
我行已于即平即日将 RMB1,103,419.68 贷记你 001  J7770708091C01 帐户，
通知。

押汇利率 0.000000%
押汇金额 USD0.00
押汇利息 USD0.00
打包利率%天数:0
打包贷款额 RMB0.00     打包金额 0.00
打包利息 0.00

其他收款 USD0.00
汇率（USD/RMB）8.264700

预估通知费：RMB0.00
通知/保兑费：RMB200.00
修改费一元费：RMB0.00
汉付承兑付款费：RMB0.00
付款承兑利息：RMB1,387.58
邮电费：RMB150.00
附加费：RMB205.00
无兑汇手续费 USD0.00
汇费 USD
国外银行费用 USD175.00

核档编号：
柜员号：EA04

申报 4,720,000 USD T GOT OT 2003/12/04 O130

中国银行天津市分行

Exhibit "B"

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: MP FASHION INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | MP FASHION INC. |
| **Initial DOS Filing Date:** | DECEMBER 05, 2003 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

MP FASHION INC.
1385 BROADWAY
SUITE 601
NEW YORK, NEW YORK, 10018

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers