UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIANJIN RUIFENG KNITTING IMP & EXP. CO., **Plaintiff,**

-v-

MP FASHION INC AS SUCCESSOR-IN-INTEREST TO CNJ INTERNATIONAL, INC., CNJ INTERNATIONAL INC, MICHAEL PARK, **Defendant.**

Case No. 08 CV-02748

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TIANJIN RUIFENG KNITTING IMP & EXP. CO. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: March 14, 2008

**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007