UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- -X

TIANJIN RUIFENG KNITTING IMP. & EXP. CO.,
LTD.,

                    Plaintiff,

        -v-

MP FASHION INC. as Successors-in-Interest to CNJ
INTERNATIONAL INC., CNJ INTERNATIONAL INC.,
MICHAEL PARK, a/k/a MANKYU PARK and PSTEX
GROUP INC.,

                 Defendants.

-------------------------------------------------------------------- -X

08 CIV. 2748 (DLC) (RLE)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/30/08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | | |
|---|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute* | ____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ ____ | | Purpose: _____ ____ |
| _____ ____ | | |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ Settlement* | ____ | Social Security |
| ____ Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | Particular Motion: _____ _____ __ |
| | | _____ _____ |

  *     Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
            June 30, 2008

                          DENISE COTE
                       United States District Judge