UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TIANJIN RUIFENG KNITTING IMP. & EXP.    :      08 CIV. 2748 (DLC)
CO., LTD.,                              :
                    Plaintiff,          :           PRETRIAL
                                        :      SCHEDULING ORDER
          -v-                           :
                                        :
MP FASHION INC. as Successors-in-       :
Interest to CNJ INTERNATIONAL INC., CNJ :
INTERNATIONAL INC., MICHAEL PARK, a/k/a :
MANKYU PARK and PSTEX GROUP INC.,       :
                                        :
                    Defendants.         :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

DENISE COTE, District Judge:

        As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on June 27, 2008, the following schedule
shall govern the further conduct of pretrial proceedings in this
case:

1.   The parties shall comply with their Rule 26(a)(1),
     Fed.R.Civ.P., initial disclosure obligations by **July 18,
     2008**.

2.   No additional parties may be joined or pleadings amended
     after **September 26, 2008**.

3.   The parties are instructed to contact the chambers of
     Magistrate Judge Ellis prior to **October 31, 2008** in order to
     pursue settlement discussions under his supervision.

4.   All discovery must be completed by **December 19, 2008**.

5.   The Joint Pretrial Order must be filed by **January 23, 2009**.

     As described in this Court's Individual Practices in Civil
     Cases, the following documents must be filed with the
     Pretrial Order:  Proposed Findings of Fact and Conclusions
     of Law and a Memorandum of Law addressing all questions of
     law expected to arise at trial.  Any responsive papers are
     due one week thereafter.

     All direct testimony except for testimony of an adverse
     party, a person whose attendance must be compelled by
     subpoena, or a witness for whom a party has requested and

1

the Court has agreed to hear the direct testimony at trial,
shall be submitted by affidavits served, **but not filed**, with
the Joint Pretrial Order.

Those portions of depositions that are being offered as
substantive evidence, along with a one page synopsis (with
transcript citations) of such testimony for each deposition,
shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel
for each party shall submit a list of all affiants that
he or she intends to cross-examine at the trial.
Affiants for whom such notice is not given are not
required to be present at trial.

Counsel will provide the Court with a one (1) courtesy copy
of all these documents at the time they are served, as well
as two sets of pre-marked exhibits assembled sequentially i)
in a looseleaf binder, or ii) in separate manila folders
labelled with the exhibit numbers and placed in a suitable
container or box for ready reference.


Dated:     New York, New York
           June 30, 2008

                              _____
                                        DENISE COTE
                              United States District Judge

2