| | |
|---|---|
| TIANJIN RUIFENG KNITTING IMP. & EXP. CO. LTD.<br><br>Plaintiff(s)<br><br>- against -<br><br>MP FASHION INC. AS SUCCESSOR-IN-INTEREST TO CNJ INTERNATIONAL INC., ETAL<br><br>Defendant(s) | Index # 08 CV 02748 (COTE)<br><br>Purchased March 14, 2008<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 08:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES IN CIVIL CASES OF DENISE COTE, UNITED STATES DISTRICT JUDGE on PSTEX GROUP INC. therein named,

**SECRETARY OF STATE**    a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 2, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | STEVEN C. AVERY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | Invoice #: 459239 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

TIANJIN RUIFENG KNITTING IMP. & EXP. CO. LTD.

Plaintiff(s)

Index # 08 CV 02748 (COTE)

- against -

Purchased March 14, 2008

MP FASHION INC. AS SUCCESSOR-IN-INTEREST TO CNJ INTERNATIONAL INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2008 at 08:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES IN CIVIL CASES OF DENISE COTE, UNITED STATES DISTRICT JUDGE on PSTEX GROUP INC. therein named,

**SECRETARY OF STATE** a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 2, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

STEVEN C. AVERY

Invoice #: 459239

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728