Martin W. Chow, Esq. (MC2013)
Law Offices of Martin W. Chow LLC
590 Newark Avenue
Jersey City, NJ 07306
NY Tel: (212) 233-3700
NJ Tel: (201) 963-9218
   - and –
2861 Royle Street
Bellmore, NY 11710

Attorneys for the Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
TIANJIN RUIFENG KNITTING IMP. & EXP.  )
CO., LTD.                             )
                                      )   **ORDER TO SHOW CAUSE**
                Plaintiff,            )   **FOR JUDGMENT BY**
                                      )   **DEFAULT**
        -against-                     )
                                      )   08 Civ. 02748 (DLC)
MP FASHION INC. as Successors-in-Interest to )
CNJ INTERNATIONAL INC., CNJ           )
INTERNATIONAL INC., MICHAEL PARK      )
a/k/a MANKYU PARK and PSTEX GROUP     )
INC..                                 )
                                      )
                Defendants.           )
_____   )

      Upon the affidavits of Martin W. Chow and Gao Shan Lang, sworn to on the July11, 2008 and July 3, 2008 respectively and upon the copy of the complaint annexed hereto, it is

      ORDERED, that the above-named defendant, PSTEX GROUP INC. show cause before the Hon. Denise Cote, United States District Judge at Courtroom 11B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on July 25, 2008, at 12 noon, thereof, or as soon thereafter as counsel may be heard, why

MICROFILM JUL 1 4 2008 9:00 AM

an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure for a default judgment against the defendant, PSTEX GROUP INC. in the amount of $47,397.75;

ORDERED that personal service of a copy of this order and annexed affidavits upon the Secretary of State, the defendant, PSTEX GROUP INC., or its counsel on or before 5:00 o'clock in the afternoon, July 15, 2008, shall be deemed good and sufficient service thereof.

Dated: New York, New York
July 11, 2008

_____
DENISE COTE
UNITED STATES DISTRICT JUDGE