COTE J

Martin W. Chow, Esq. (MC2013)
Law Offices of Martin W. Chow LLC
590 Newark Avenue
Jersey City, NJ 07306
NY Tel: (212) 233-3700
NJ Tel: (201) 963-9218
    - and –
2861 Royle Street
Bellmore, NY 11710

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/08

| | |
|---|---|
| TIANJIN RUIFENG KNITTING IMP. & EXP. CO., LTD. ) ) ) Plaintiff, ) ) -against- ) ) MP FASHION INC. as Successors-in-Interest to ) CNJ INTERNATIONAL INC., CNJ ) INTERNATIONAL INC., MICHAEL PARK ) a/k/a MANKYU PARK and PSTEX GROUP ) INC.. ) ) Defendants. ) ) | **DEFAULT JUDGMENT**<br><br>08 Civ. 02748 (DLC)<br><br># |

    This action having been commenced on March 14, 2008 by the filing of the summons and complaint, and a copy of the summons and complaint and individual practices in civil cases of Denise Cote, United States District Judge having been personally served on the defendant, PSTEX GROUP INC. on April 1, 2008 at 8:00 a.m., by personal service on the Secretary of State of New York, Carol Vogt, Legal Clerk and proof of service by Steven C. Avery was filed on July 3, 2008 and the defendant, PSTEX

GROUP INC. not having answered the complaint and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant, PSTEX GROUP INC. in the liquidated amount of $32,032.00 with interest at 9% from October 15, 2003 to July 9, 2008 amounting to $13,694 plus costs and disbursements of this action in the amount of $485.00 amounting in all to $46,211.00.

Dated: New York, New York
July 25, 2008

_____
DENISE COTE, U.S.D.J.

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____