**ANTHONY BALSAMO**
*Attorney at Law*
40 Exchange Place
Suite 1300
New York, New York 10005

(212) 785-3434



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08

July 30, 2008

Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, N.Y.

    Re: Tianjin Ruifeng v MP Fashion, et. al.
        08-Civ. 2748 (DLC) (RLE)

Dear Magistrate Ellis:

    I represent the defendants MP Fashion, CNJ International and Michael Park.

    Following up my conversation yesterday with Michael Brantley, I am requesting that the settlement conference, scheduled for August 14 at 11:00 a.m., be adjourned to August 28, 2008 at 11:00 a.m.

    I have have been advised by plaintiff's attorney Martin W. Chow, that his client is located in China and that it would be difficult for the client to obtain a visa to leave China.

    He is requesting that his client's appearance be waived.

    I have no objection to the Court's waiving the client's appearance for this conference.

    Thank you for your courtesy and cooperation.

Yours truly,

ANTHONY BALSAMO

*[Handwritten: Conference adjourned to 8/28/08 at 11am]*
**SO ORDERED**
*[Signature] Ronald Ellis  8-1-08*
**MAGISTRATE JUDGE RONALD L. ELLIS**

AB/bb
cc: Martin W. Chow, Esq.