```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANJIN RUIFENG KNITTING IMP. & EXP CO., LTD.,

                Plaintiff,

- against -

MP FASHIONS INC., et al.,

                Defendants.

ORDER

08 Civ. 2748 (DLC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

      The above case, previously scheduled for a settlement conference on Thursday, August 28, 2008, at 11:00 a.m., is adjourned to Tuesday, December 9, 2008, at 11:00 a.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

**SO ORDERED this 27th day of August, 2008**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge